UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

O'BRIAN PASTRANA

                                       Plaintiff,

            -against-

NEW YORK FIRE DEPARTMENT, NEW YORK CITY
DEPARTMENT OF HEALTH AND MENTAL HYGIENE
(DOHMH) and THE CITY OF NEW YORK

                                       Defendants.

------------------------------------------------------------------------X

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

**No.** 24-cv-07348 (BMC)

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, dated February 28, 2025, and upon all the papers and proceedings previously had herein, Defendants will move this Court, before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and at a time to be determined by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint in its entirety on the grounds that, as a matter of law, the Amended Complaint fails to state a claim upon which relief can be granted, entering judgment for Defendants, and granting Defendants costs, fees, and disbursements, together with such other and further relief as the Court may deem just and proper.

Dated:     New York, New York
            February 28, 2025

                                      **MURIEL GOODE-TRUFANT**
                                      Corporation Counsel
                                      of the City of New York
                                      Attorney for Defendants
                                      100 Church Street, Room 2-315
                                      New York, N.Y. 10007-2601
                                      (212) 356- 2695
                                      rjeannit@law.nyc.gov


                                      By:     *Ruth F. Jeannite*
                                             Ruth F. Jeannite
                                      Assistant Corporation Counsel

To: All Counsel of Record (via ECF)