

**KAREN L. HURWITZ, M.D.**
**Chief Medical Officer**
**Bureau of Health Services**
karen.hurwitz@fdny.nyc.gov
p. 718-999-1933

NYC Fire Pension Fund

☐ RETAIN IN L/S
☐ PROCESS ON OWN APPLICATION
☒ PROCESS ON ORDERS OF FIRE COMMISSIONER

LAURA KAVANAGH   03-10-23
FIRE COMMISSIONER

Date: 02/28/2023

**To:** Laura Kavanagh, Fire Commissioner
**From:** Dr. Karen Hurwitz, Chief Medical Officer
Dr. Shenecia Beecher, Deputy Chief Medical Officer
**Subject:** RESULT OF MEDICAL COMMITTEE

**NAME:** OBrian Pastrana     **SSN:** ▮     **RANK:** FF

**UNIT:** E-67     **DOB:** ▮1986     **DOA:** 07/29/2013

**ADDRESS:** 24 Watkins Drive, Walden, NY 12586

OBrian Pastrana is a 36-year-old firefighter who has been on the job for 10 years. In October of 2021, Firefighter Pastrana received his first COVID vaccine and soon thereafter developed swollen lips, sweats, chills, and body aches. He was seen in the ER and was treated with oral steroids, Benadryl and H2 blockers (his ESR was elevated at that time at 22, and his D-dimer was normal at 181). On November 15th, he again developed hives and swollen lips, went to the emergency room, and he was given epinephrine alone with prednisone. The initial plan was to return to full duty on November 22, 2021. However, on November 21st, he again went to the emergency room with worse shortness of breath and hives, and at this point IV prednisone or Solu-Medrol was given.

Firefighter Pastrana received a second vaccine on November 23rd, with subsequent fatigue and aches. The plan again was to return to full duty on November 29th, however, on November 29th the allergic reaction worsened, and he was given IV steroids, and started on a regimen for allergic reactions. He was also developing persistent shortness of breath and chest pain. He underwent an evaluation with an Echo that revealed a left ventricular ejection fraction that was reduced. He continued to have chest pain and shortness of breath and was diagnosed with COVID in March 2022.

Persistent symptoms despite medications led Firefighter Pastrana to undergo further cardiac testing that included a cardiac MRI. MRI revealed patchy areas of fibrosis as well as a decreased left ventricular and right ventricular ejection fraction. The diagnosis was myocarditis. His medications were adjusted to include Entresto and hydrochlorothiazide. He continued his allergic medication regimen.

By June 2022, the MRI revealed persistent fibrosis despite an improved left ventricular ejection fraction. The medications continued to include Entresto, hydrochlorothiazide, baby aspirin and metformin, as well as his allergy regimen. Firefighter Pastrana continues to fatigue easily and complains of shortness of

RECEIVED 2023 MAR 13 A 10:35 NYC FIRE PENSION FUND BOARD OF TRUSTEES



**KAREN L. HURWITZ, M.D.**
Chief Medical Officer
Bureau of Health Services
karen.hurwitz@fdny.nyc.gov
p. 718-999-1933

breath even doing activities of daily living (playing with his daughter). He has been followed up by a congestive heart failure specialist at NYU and has had a stress test, where he was only able to achieve 10 mets due to shortness of breath and chest pain. He has had follow-up Echos that show that the left ventricular ejection fraction is normal, between 55 and 60%; however, his symptoms are persistent.

**DIAGNOSES**: 1. Allergic reaction to COVID vaccine, 2. Myocarditis, 3. COVID disease.

**DIAGNOSTIC OPINION:** Firefighter Pastrana is unfit for full firefighting duties. Given the findings on the MRI, the history of the COVID, the history of the allergic reaction to the vaccine, and the persistent findings of shortness of breath, chest pain, fatigue, and fibrosis on cardiac MRI, Firefighter Pastrana is at an increased risk for sudden incapacitation. It is the opinion of this Three Physician Board, that he is unfit permanently to return to full duty. We recommend limited service status.

**MEDICAL OFFICERS**: Drs. Acuna, Cheng, & Ly.

Respectfully Submitted,

Karen Hurwitz
Digitally signed by Karen Hurwitz
Date: 2023.03.07 15:08:35 -05'00'

CHIEF MEDICAL OFFICER
KAREN L. HURWITZ, MD