UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

OBRIAN PASTRANA,

                                  Plaintiff,

-against-

NEW YORK CITY FIRE DEPARTMENT, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and the CITY OF NEW YORK,

                                  Defendants.

**DECLARATION OF MADELEINE A. KNUTSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

No. 24-CV-07348 (BMC)

---------------------------------------------------------------- x

      **MADELEINE A. KNUTSON** declares, pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the following is true and correct:

      1. I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants, New York City Fire Department, New York City Department of Health and Mental Hygiene, and City of New York, in the above-captioned action.

      2. I respectfully submit this declaration in support of Defendants' Motion for Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

      3. Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's Supplemental Discovery Responses, dated May 8, 2025.

      4. Attached hereto as Exhibit "B" is a true and correct copy of "Amicus Brief, Dr. Jay Bhattacharya and Dr. R. Scott French, Dr. A v. Hochul, March 17, 2022," as identified by Plaintiff and produced by Plaintiff in this litigation.

5. Attached hereto as Exhibit "C" is a true and correct copy of "Interim Clinical Considerations for Use of COVID-19 Vaccines | CDC, 9-15-21," as identified by Plaintiff and produced by Plaintiff in this litigation.

6. Attached hereto as Exhibit "D" is a true and correct copy of "CDC Clinical Considerations: Myocarditis and Pericarditis after Receipt of COVID-19 Vaccines Among Adolescents and Young Adults," as identified by Plaintiff and produced by Plaintiff in this litigation.

7. Attached hereto as Exhibit "E" is a true and correct copy of the CDC website entitled, "CDC Clinical Considerations: Myocarditis and Pericarditis after Receipt of COVID-19 Vaccines Among Adolescents and Young Adults," as identified by Plaintiff and produced by Plaintiff in this litigation.

8. Attached hereto as Exhibit "F" is a true and correct copy of "CDC - Outbreak of SARS-CoV-2 Infections, Including COVID-19 Vaccine Breakthrough Infections, Associated with Large Public Gatherings -- Barnstable County, Massachusetts, July 2021 | MMWR," as identified by Plaintiff and produced by Plaintiff in this litigation.

9. Attached hereto as Exhibit "G" is a true and correct copy of "Statement from CDC Director Rochelle P. Walensky, MD, MPH on Today's MMWR |CDC Online Newsroom | CDC," as identified by Plaintiff and produced by Plaintiff in this litigation.

10. Attached hereto as Exhibit "H" is a true and correct copy of "CNN - Fully vaccinated people who get a Covid-19 breakthrough infection can transmit the virus, CDC chief," as identified by Plaintiff and produced by Plaintiff in this litigation.

11. Attached hereto as Exhibit "I" is a true and correct copy of "CDC Science Brief: A COVID-19 Vaccines and Vaccination, July 27, 2021," as identified by Plaintiff and produced by Plaintiff in this litigation.

12. Attached hereto as Exhibit "J" is a true and correct copy of "Resurgence of SARS-CoV-2 Infection in a Highly Vaccinated Health System Workforce, New England Journal of Medicine, September 30, 2021," as identified by Plaintiff and produced by Plaintiff in this litigation.

13. Attached hereto as Exhibit "K" is a true and correct copy of "Declaration of Dr. Harvery Risch, Medical Professionals for Informed Consent v. Bassett, CA 23-00161, February 1, 2023," as identified by Plaintiff and produced by Plaintiff in this litigation.

14. Attached hereto as Exhibit "L" is a true and correct copy of "Declaration of Michael Mina, MD PHD, Carlson v. City of Redmond, 2:23-cv-01739, April 28, 2025," as identified by Plaintiff and produced by Plaintiff in this litigation.

15. Attached hereto as Exhibit "M" is a true and correct copy of Buck Slip No. EMS-21-10-12, dated October 21, 2021, and attachments, which was produced by Defendants in this litigation, and bearing Bates Stamp Nos. DEFS000048-DEFS000070.

16. Attached hereto as Exhibit "N" is a true and correct copy of the Declaration of Don Nguyen in Support of Defendants' Motion for Summary Judgment, dated June 2, 2025 ("Nguyen Declaration").

17. Attached hereto as Exhibit "O" is a true and correct copy of Dr. Chandswang's Bureau of Health Services ("BHS") examination notes for Plaintiff's BHS exam on November 16, 2021, produced by Defendants in this litigation, and bearing Bates Stamp No. DEFS000465.

18. Attached hereto as Exhibit "P" is a true and correct copy of Dr. Olender's BHS examination notes for Plaintiff's BHS exam on December 10, 2021, produced by Defendants in this litigation, and bearing Bates Stamp No. DEFS000575.

19. Attached hereto as Exhibit "Q" is a true and correct copy of Dr. Kakoulas's BHS examination notes for Plaintiff's BHS exam on November 26, 2021, produced by Defendants in this litigation, and bearing Bates Stamp No. DEFS000577.

20. Attached hereto as Exhibit "R" is a true and correct copy of the "Order of the Commissioner of Health and Mental Hygiene to Require COVID-19 Vaccination for City Employees and Certain City Contractors," dated October 20, 2021 ("DOHMH Order"), produced by Defendants in this litigation, and bearing Bates Stamp Nos. DEFS000043-DEFS000047.

21. Attached hereto as Exhibit "S" is a true and correct copy of the Subchapter 2 Medical Board(s)' Recommendations, dated May 2, 2023, produced by Defendants in this litigation, and bearing Bates Stamp Nos. DEFS000469-DEFS000472.

**WHEREFORE,** Defendants respectfully request the Court grant Defendants' Motion for Summary Judgment, award Defendants the costs it incurred in this action, and for any such other and further relief as the Court may deem just and proper.

Dated:    New York, New York
          June 2, 2025

        **MURIEL GOODE-TRUFANT**
        Corporation Counsel of the
        City of New York
        *Attorney for Defendants*
        100 Church Street, 2-173
        New York, New York 10007
        (212) 356-2445
        mknutson@law.nyc.gov

By:    */s/ Madeleine A. Knutson*
       Madeleine A. Knutson, Esq.
       Assistant Corporation Counsel