# Exhibit A



245 Bricktown Way, Suite J
Staten Island, New York 10309
ChristinaMartinezEsq@gmail.com
T: (347) 215-4543
F: (718) 556-2007
*Admitted in:*
*New York & New Jersey*

(*Via E-mail* mknutson@law.nyc.gov)
Assistant Corporation Counsel
Labor & Employment Law Division
New York City Law Department
100 Church Street, Room 2-173
New York, NY 10007

May 8, 2025

      **RE:**    **Supplemental Discovery Responses**
              *Pastrana v. New York City Fire Dep't., et. al.*, **1:24-cv-07348-BMC**

Dear Ms. Knutson:

I reviewed the Defendant's deficiency letter and I reached out to that emergency contact on your out-of-office e-mail to meet and confer so we can try to address any issues before the conference scheduled on Monday.

I am producing everything the Defendants identified in the deficiency letter to avoid the need for judicial intervention.

With regard to Interrogatory No. 3, and Document Demands 2, 9, and 10: Please find attached updated HIPAA authorizations from 2018 to present from the 20 medical providers originally provided, as well as a HIPPA authorization form for:
- FDNY
- FDNY Bureau of Health Services
- Dr. Maurice Alisse - Plaintiff's primary care physician in 2018

With regard to Plaintiff's Response to Interrogatory No. 9: Identify any medical or scientific sources, reports, or expert opinions Plaintiff relies on in support of his belief that the "COVID-19 vaccine "are not vaccines" but are, instead, "treatments," as alleged in paragraphs "6," "8," "9," "40," "54," "61," "69," "126," "128," "133-136," and "150" of the Amended Complaint. The Plaintiff provides the following:

- Amicus Brief, Dr. Jay Bhattacharya and Dr. R. Scott French, Dr. A v. Hochul, March 17, 2022
- Interim Clinical Considerations for Use of COVID-19 Vaccines | CDC, 9-15-21
- Declaration of Dr. Jay Bhattacharya, *Kane v. DeBlasio*, 1:21-cv-07863

1

- CDC Clinical Considerations: Myocarditis and Pericarditis after Receipt of COVID-19 Vaccines Among Adolescents and Young Adults
- CDC - Outbreak of SARS-CoV-2 Infections, Including COVID-19 Vaccine Breakthrough Infections, Associated with Large Public Gatherings — Barnstable County, Massachusetts, July 2021 | MMWR
- Statement from CDC Director Rochelle P. Walensky, MD, MPH on Today's MMWR | CDC Online Newsroom | CDC
- CNN - Fully vaccinated people who get a Covid-19 breakthrough infection can transmit the virus, CDC chief
- CDC Science Brief: A COVID-19 Vaccines and Vaccination, July 27, 2021
- Resurgence of SARS-CoV-2 Infection in a Highly Vaccinated Health System Workforce, New England Journal of Medicine, September 30, 2021
- Declaration of Dr. Harvery Risch , Medical Professionals for Informed Consent v. Bassett, CA 23-00161, February 1, 2023
- Declaration of Michael Mina, MD PHD, Carlson v. City of Redmond, 2:23-cv-01739, April 28, 2025
- https://www.youtube.com/watch?v=TKFWGvvlVLI

With regard to Defendant's Document Request No. 17, that asks for Plaintiff's compensation from any employment, and Plaintiff executed the proper releases to obtain Plaintiff's tax records from years 2018 to 2024. If you meant to refer to Document Request No. 16, which asks for any and all applications, includes resumes Plaintiff sent for the purpose of obtaining employment since October 2021, Plaintiff provides the following:

- Plaintiff's Resume

Plaintiff does not have any applications in his possession. They were all submitted by filling out applications, and Plaintiff does not have any copies of these applications.

Sincerely,

Christina Martinez, Esq.
*Attorney for Plaintiff*

2