# Exhibit C

## Recommendation of the Advisory Committee on Immunization Practices for use of Pfizer-BioNTech (COMIRNATY) COVID-19 vaccine

On August 23, 2021, the U.S. Food and Drug Administration (FDA) approved COMIRNATY (COVID-19 Vaccine, mRNA), made by Pfizer for BioNTech, as a 2-dose series for prevention of COVID-19 in persons aged ≥16 years. The vaccine is also authorized under an Emergency Use Authorization (EUA) to be administered to:

- Prevent COVID-19 in persons aged 12-15 years
- Provide a third dose (i.e., additional dose) to persons aged ≥12 years with certain kinds of immunocompromising conditions

On August 30, 2021, the Advisory Committee on Immunization Practices (ACIP) met and reviewed data for the Pfizer-BioNTech COVID-19 vaccine using the Grading of Recommendations, Assessment, Development and Evaluation (GRADE) approach and the Evidence to Recommendation Framework. The following proposed recommendation was presented to ACIP: the Pfizer-BioNTech COVID-19 vaccine is recommended for people aged ≥16 years under FDA's Biologics License Application (BLA). After a public comment period, the recommendation was unanimously approved by the voting ACIP members.

The following interim recommendations previously issued by ACIP under EUA for Pfizer-BioNTech COVID-19 vaccine remain in place:

- Use of Pfizer-BioNTech COVID-19 vaccine in adolescents aged 12–15 years to prevent COVID-19
- Use of an additional dose of Pfizer-BioNTech COVID-19 vaccine (for persons aged ≥12 years) or Moderna COVID-19 vaccine (for persons aged ≥18 years) after an initial 2-dose primary mRNA COVID-19 vaccine series for moderately to severely immunocompromised people.

### On This Page


- Background
- Age groups approved or authorized to receive COVID-19 vaccine by vaccine product
- COVID-19 vaccine administration
- Interchangeability of COVID-19 vaccine products
- People vaccinated for prevention of COVID-19 outside the United States
- People vaccinated for prevention of COVID-19 as part of a clinical trial in the United States
- Coadministration of COVID-19 vaccines with other vaccines
- COVID-19 vaccination and SARS-CoV-2 infection
- Antiviral therapy and COVID-19 vaccination
- Vaccinating people with a known COVID-19 exposure or during COVID-19 outbreaks
- Vaccinating people receiving medical care unrelated to COVID-19
- Vaccinating people undergoing SARS-CoV-2 screening
- Considerations for use of an additional dose of COVID-19 vaccine following a primary vaccine series
- Considerations for use of an additional mRNA COVID-19 vaccine dose after an initial 2-dose COVID-19 mRNA vaccine series for immunocompromised people
- Considerations for vaccination of people with certain underlying medical conditions
- Considerations for use of the Janssen COVID-19 vaccine in certain populations
- Considerations involving pregnancy, lactation, and fertility
- Vaccination of children and adolescents
- Patient counseling
- Contraindications and precautions
- Reporting of vaccine adverse events
- Laboratory testing
- Appendix A. Vaccine administration errors and deviations
- Appendix B: Triage of people with a history of allergies or allergic reactions
- Appendix C: Ingredients included in COVID-19 vaccines
- Appendix D: Potential characteristics of allergic reactions, vasovagal reactions, and vaccine side effects following COVID-19 vaccination
- References
- Previous Updates


# Background

**Regulatory terminology for COVID-19 vaccines**

**Emergency Use Authorization (EUA):** mechanism to facilitate the availability and use of medical products, including vaccines, during public health emergencies, such as the current COVID-19 pandemic. Under an EUA, the U.S. Food and Drug Administration (FDA) can make a product available to the public based on the best available evidence, without waiting for all the evidence that would be needed for FDA approval. It is FDA's expectation that following the issuance of an EUA, the manufacturer will continue ongoing trials to obtain additional safety and effectiveness information and also work towards submission of a Biologics License Application (BLA) as soon as possible.

**FDA Approved:** FDA-approved vaccines have undergone the agency's standard process for reviewing the quality, safety and effectiveness of medical products included in a manufacturer's submission of a **BLA**. A BLA is a comprehensive document that is submitted to FDA providing very specific requirements. FDA conducts its own analyses of the information in the BLA to ensure the vaccine meets the FDA's standards for approval.

**COVID-19 vaccines approved or authorized for use by the Food and Drug Administration**

On August 23, 2021, the FDA **approved** the licensure of COMIRNATY (COVID-19 Vaccine, mRNA), made by Pfizer for BioNTech, as a 2-dose series for prevention of coronavirus disease 2019 (COVID-19) in persons aged ≥16 years. The vaccine is also **authorized** under EUA to be administered to:

- Prevent COVID-19 in persons aged 12-15 years
- Provide a third dose (i.e., additional dose) to persons aged ≥12 years with certain kinds of immunocompromising conditions

The FDA-approved Pfizer-BioNTech product COMIRNATY and the FDA-authorized Pfizer-BioNTech COVID-19 vaccine have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series without presenting any safety or effectiveness concerns. Therefore, vaccination providers can use doses distributed under EUA to administer the vaccination series as if the doses were the licensed vaccine.

**Unless otherwise stated, in this document the terms "Pfizer-BioNTech COVID-19 vaccine" or "Pfizer-BioNTech" refer to both the FDA-approved Pfizer-BioNTech (COMIRNATY) COVID-19 Vaccine and the FDA-authorized Pfizer-BioNTech COVID-19 vaccine.**

In addition, FDA has authorized use of the following vaccines under EUA:

- Moderna COVID-19 vaccine in persons aged ≥18 years
- Janssen COVID-19 vaccine in persons aged ≥18 years

The Pfizer-BioNTech and Moderna vaccines are lipid nanoparticle-formulated, nucleoside-modified mRNA vaccines encoding the prefusion spike glycoprotein of SARS-CoV-2, the virus that causes COVID-19. The Janssen vaccine is a recombinant replication-incompetent adenovirus type 26 (Ad26) vector encoding the stabilized prefusion spike glycoprotein of SARS-CoV-2. None of the currently FDA-approved or FDA-authorized COVID-19 vaccines are live-virus vaccines.

**Advisory Committee on Immunization Practices' recommendations for use of COVID-19 vaccines**

The Advisory Committee on Immunization Practices (ACIP) makes "standard" recommendations on the use of vaccines that are FDA-approved under a BLA and "interim" recommendations for vaccines that are FDA-authorized under an EUA.

ACIP has **recommended** the FDA-approved Pfizer-BioNTech COVID-19 vaccine for use in persons aged ≥16 years.

ACIP has made **interim recommendations** for the use of:

- Pfizer-BioNTech COVID-19 vaccine in persons aged 12–15 years
- Moderna COVID-19 vaccine in persons aged ≥18 years
- Janssen (Johnson & Johnson) COVID-19 vaccine in persons aged ≥18 years

**CDC Interim Clinical Considerations for Use of COVID-19 Vaccines**

The CDC Interim Clinical Considerations are informed by data submitted to FDA for BLA or EUA of the vaccines, other data sources, general best practice guidelines for immunization, and expert opinion. These considerations apply only to the vaccine products currently approved or authorized in the United States. These considerations will be updated when additional information becomes available or if additional vaccine products are approved or authorized.

In addition to the following considerations, the BLA or EUA conditions of use and storage, handling, and administration procedures described in the prescribing information should be referenced when using the Pfizer-BioNTech, Moderna, and Janssen COVID-19 vaccines.

# Age groups approved or authorized to receive COVID-19 vaccine by vaccine product

COVID-19 vaccination is recommended for all people aged 12 years and older in the United States for the prevention of COVID-19. However, the age groups approved under BLA or authorized under EUA to receive vaccination vary by vaccine product:

- Pfizer-BioNTech: persons aged ≥12 years
- Moderna: persons aged ≥18 years
- Janssen: persons aged ≥18 years

**There is currently no FDA-approved or FDA-authorized COVID-19 vaccine for children aged <12 years.** Ongoing clinical trials of COVID-19 vaccine in children <12 years are examining a range of vaccine doses that are lower than the standard dose prescribed for people ≥12 years. Data from these trials will be used to determine the optimal dose to protect children aged <12 years while minimizing any potential adverse events. **Children aged <12 years should not receive any COVID-19 vaccine doses (either standard or partial doses) at this time.**

# COVID-19 vaccine administration

COVID-19 vaccines are administered intramuscularly as either a 2-dose series (Pfizer-BioNTech, Moderna) or single dose (Janssen).

| Vaccine | Dose | Dose volume | Number doses/series | Interval between doses |
|---|---|---|---|---|
| **Pfizer-BioNTech** | 30 µg | 0.3 ml | 2 | 3 weeks (21 days) |
| **Moderna** | 100 µg | 0.5 ml | 2 | 1 month (28 days) |
| **Janssen** | $5 \times 10^{10}$ viral particles | 0.5 ml | 1 | Not Applicable |

A single primary vaccination series (i.e., either a 2-dose mRNA COVID-19 vaccine series or a single dose of Janssen COVID-19 vaccine) should be administered. People are not recommended to receive more than one complete primary COVID-19 vaccination series.

A person is considered fully vaccinated against COVID-19 ≥2 weeks after receipt of the second dose in a 2-dose series (Pfizer-BioNTech and Moderna) or ≥2 weeks after receipt of the single dose of the Janssen vaccine.[1] CDC has developed public health recommendations for fully vaccinated people. People who have a contraindication to vaccination or who otherwise do not complete a vaccination series are not considered fully vaccinated.

**Interval between mRNA COVID-19 vaccine doses**

The second dose of Pfizer-BioNTech and Moderna vaccines should be administered as close to the recommended interval as possible, but not earlier than recommended (i.e., 3 weeks [Pfizer-BioNTech] or 1 month [Moderna]). However, individuals who receive the second dose up to 4 days before or at any time after the recommended date can be considered fully vaccinated.

**Vaccine administration errors and deviations**

Information on preventing, reporting, and managing COVID-19 vaccine administration errors is found in Appendix A. Vaccine administration errors should be reported to the Vaccine Adverse Event Reporting System (VAERS).

# Interchangeability of COVID-19 vaccine products

Any currently FDA-approved or FDA-authorized COVID-19 vaccine can be used when indicated; ACIP does not state a product preference. However, COVID-19 vaccine products are **not** interchangeable.

**mRNA COVID-19 vaccines (Pfizer-BioNTech and Moderna)**

Data on the safety and efficacy of a mixed-product series are limited. Both doses of the series should be completed with the same product.

Strategies to ensure that patients receive the second dose with the appropriate product and interval between doses include:

- Providing COVID-19 vaccination record cards to vaccine recipients, asking recipients to bring their card to their appointment for the second dose, and encouraging recipients to make a backup copy (e.g., by taking a picture of the card with their phone)
- Encouraging vaccine recipients to enroll in **v-safe**, a free smartphone-based tool that uses text messaging and web surveys to provide personalized health check-ins as well as second-dose reminders
- Encouraging vaccine recipients to enroll in VaxText℠, a free text-message-based platform that provides COVID-19 vaccination second-dose reminders
- Recording each recipient's vaccination in the immunization information system (IIS)
- Recording vaccine administration information in the patient's medical record
- Making an appointment for the second dose before the vaccine recipient leaves, to increase the likelihood that patients will present at the same vaccination site for the second dose

Using the above strategies, every effort should be made to determine which vaccine product was received as the first dose to ensure completion of the vaccine series with the same product. In exceptional situations in which the mRNA vaccine product given for the first dose cannot be determined or is no longer available, any available mRNA COVID-19 vaccine may be administered at a minimum interval of 28 days between doses to complete the mRNA COVID-19 vaccination series. In situations where the same mRNA vaccine product is temporarily unavailable, it is preferable to delay the second dose to receive the same product than to receive a mixed series using a different product. If two doses of different mRNA COVID-19 vaccine products are administered in these situations (or inadvertently), no additional doses of either product are recommended at this time. Such persons are considered fully vaccinated against COVID-19 ≥2 weeks after receipt of the second dose of an mRNA vaccine.

**Janssen vaccine**

The safety and efficacy of Janssen COVID-19 vaccine administered after an mRNA COVID-19 vaccine has not been established. However, in limited, exceptional situations where a patient received the first dose of an mRNA COVID-19 vaccine but is unable to complete the series with either the same or different mRNA COVID-19 vaccine (e.g., due to contraindication), a single dose of Janssen COVID-19 vaccine may be considered at a minimum interval of 28 days from the mRNA COVID-19 vaccine dose. See the Contraindications and Precautions section for additional information on use of Janssen COVID-19 vaccine and additional precautions in people with a contraindication to mRNA COVID-19 vaccines. Patients who receive Janssen COVID-19 vaccine after a dose of an mRNA COVID-19 vaccine should be considered to have received a valid, single-dose Janssen vaccination—not a mixed vaccination series—and are considered fully vaccinated against COVID-19 ≥2 weeks after receipt of the single dose of the Janssen vaccine.

# People vaccinated for prevention of COVID-19 outside the United States

People who were vaccinated outside the United States with a currently FDA-approved or FDA-authorized COVID-19 vaccine or a World Health Organization (WHO)-emergency use listed COVID-19 vaccine[2] and who have received all the recommended doses **do not need** any additional doses. People who received the first dose of an FDA-approved or FDA-authorized COVID-19 vaccine that requires two doses **do not need to restart** the vaccine series in the United States but should receive the second dose as close to the recommended time as possible.

Some people who may have received a COVID-19 vaccine that is not currently approved or authorized in the United States may be offered a complete FDA-approved or FDA-authorized COVID-19 vaccine series as follows:

- People who have not received all the recommended doses of a COVID-19 vaccine listed for emergency use by WHO[2]
- People who received all or some of the recommended doses of a COVID-19 vaccine that is neither approved or authorized by FDA nor listed for emergency use by WHO.

Limited data are available on the safety or efficacy of receiving a COVID-19 vaccine currently approved or authorized in the United States after receipt of a non-FDA-approved or FDA-authorized COVID-19 vaccine. The minimum interval between the last dose of a non-FDA-approved or non-FDA-authorized vaccine, or a WHO-listed vaccine and an FDA-approved or FDA-authorized COVID-19 vaccine is 28 days.

Only people who have received all recommended doses of an FDA-approved, FDA-authorized, or WHO-listed COVID-19 vaccine are considered fully vaccinated for the purpose of public health guidance.[3]

# People vaccinated for prevention of COVID-19 as part of a clinical trial in the United States

Some people in the United States have completed a COVID-19 vaccination series as part of a clinical trial with sites in the United States involving a COVID-19 vaccine that is neither currently approved nor authorized by FDA.

**People who participated in a clinical trial in the United States and received the full series of a COVID-19 vaccine that is neither approved nor authorized by FDA but is listed for emergency use by WHO[2]**

Clinical trial participants from U.S. sites who received all recommended doses of a COVID-19 vaccine that is neither approved nor authorized for use by FDA but is listed for emergency use by WHO do not need any additional doses of an FDA-approved or FDA-authorized COVID-19 vaccine. Once it has been confirmed that a U.S. participant in a COVID-19 vaccine trial received "active" vaccine, and not placebo, the participant can be considered fully vaccinated 2 weeks after they completed the vaccine series. Currently, the AstraZeneca COVID-19 vaccine meets these criteria.

**People who participated in a clinical trial in the United States and received the full series of a COVID-19 vaccine candidate that is neither approved nor authorized by FDA nor listed for emergency use by WHO[2]**

If a clinical trial participant from a U.S. site has been documented to have received the full series of an "active" (not placebo) COVID-19 vaccine candidate, and vaccine efficacy has been independently confirmed (e.g., by a data and safety monitoring board), the participant can be considered fully vaccinated 2 weeks after they completed the vaccine series. Currently, the Novavax COVID-19 vaccine meets these criteria. **This does not imply that the vaccine has been approved or authorized by FDA or is recommended by CDC or ACIP.**

consultation from the Clinical Immunization Safety Assessment COVIDvax project if they have complex COVID-19 vaccine safety questions not readily addressed by CDC guidance.

**People with a history of myocarditis or pericarditis**

Myocarditis (inflammation of the heart muscle) or pericarditis (inflammation of the lining around the heart) have occurred rarely in some people following receipt of mRNA COVID-19 vaccines (Pfizer-BioNTech and Moderna). The mechanisms that cause myocarditis or pericarditis following vaccination with an mRNA COVID-19 vaccine are not well understood. Cases of myocarditis or pericarditis have occurred predominantly in males aged 12-29 years within a few days after receiving the second dose of vaccine. Most patients have been hospitalized for short periods, with the majority achieving resolution of acute symptoms. Follow-up is ongoing to identify and understand potential long-term outcomes among cases.

There are limited data on the safety and efficacy of COVID-19 vaccines in people with a history of myocarditis or pericarditis. The interim considerations for the clinical scenarios detailed as follows may be updated as new information is obtained.

*Myocarditis or pericarditis after receipt of the first dose of an mRNA COVID-19 vaccine series but before administration of the second dose*

It is unclear if people who developed myocarditis or pericarditis after a dose of an mRNA COVID-19 vaccine may be at increased risk of further adverse cardiac effects following a subsequent dose of the vaccine. **Until additional safety data are available, experts recommend that people who develop myocarditis or pericarditis after a dose of an mRNA COVID-19 vaccine defer receiving a subsequent dose.**

Administration of a subsequent dose of an mRNA COVID-19 vaccine can be considered in certain circumstances for people who develop myocarditis or pericarditis after receiving a dose of an mRNA COVID-19 vaccine. Considerations for vaccination may include:

- Personal risk of severe acute COVID-19 (e.g., age, underlying conditions)
- Level of COVID-19 community transmission and personal risk of infection
- Additional data on the risk of myocarditis or pericarditis following an occurrence of either condition after a dose of an mRNA COVID-19 vaccine
- Additional data on the long-term outcomes of myocarditis or pericarditis that occurred after receipt of an mRNA COVID-19 vaccine
- Timing of any immunomodulatory therapies; ACIP's general best practice guidelines for immunization can be consulted for more information

People who choose to receive a subsequent dose of an mRNA COVID-19 vaccine should wait at least until their episode of myocarditis or pericarditis has completely resolved. This includes resolution of symptoms attributed to myocarditis or pericarditis, as well as no evidence of ongoing heart inflammation or sequelae as determined by the person's clinical team, which may include a cardiologist, and special testing to assess cardiac recovery. Decisions about proceeding with a subsequent dose should include a conversation between the patient, their parent, guardian, or caregiver (when relevant), and their clinical team.

Clinicians should consult current clinical guidance for information on the evaluation and management of myocarditis.

*History of myocarditis or pericarditis prior to COVID-19 vaccination*

People who have a history of myocarditis or pericarditis unrelated to mRNA COVID-19 vaccination may receive any currently FDA-approved or FDA-authorized COVID-19 vaccine after the episode of myocarditis or pericarditis has completely resolved. This includes resolution of symptoms attributed to myocarditis or pericarditis, as well as no evidence of ongoing heart inflammation or sequelae as determined by the person's clinical team, which may include a cardiologist, and special testing to assess cardiac recovery.

CDC is continuing to investigate cases of myocarditis or pericarditis after mRNA COVID-19 vaccination; this guidance may be updated as new information is obtained. All cases of myocarditis or pericarditis following COVID-19 vaccination should be reported to VAERS.

**People with autoimmune conditions**

People with autoimmune conditions were enrolled in COVID-19 vaccine clinical trials. Safety and efficacy of vaccines in this population were similar to the general population. People with autoimmune conditions may receive any currently FDA-approved or FDA-authorized COVID-19 vaccine. If people with these conditions are immunocompromised because of medications such as high-dose corticosteroids or biologic agents, they should follow the considerations for immunocompromised people.

**People with a history of Guillain-Barré syndrome**

Guillain-Barré syndrome (GBS) is a neurological disorder in which the body's immune system damages nerve cells, causing muscle weakness and sometimes paralysis. ACIP's general best practices for immunization do not include a history of GBS as a contraindication to vaccination; a history of GBS is a precaution for influenza vaccines and tetanus-toxoid containing vaccines in limited situations.[4] Reports of adverse events following use of the Janssen COVID-19 vaccine under EUA suggest an increased risk of GBS during the 42 days following vaccination. No increased risk of GBS has been identified with mRNA vaccines during use under EUA.

People with a history of GBS can receive any currently FDA-approved or FDA-authorized COVID-19 vaccine. However, given the possible association between the Janssen COVID-19 vaccine and an increased risk of GBS, a patient with a history of GBS and their clinical team should discuss the availability of mRNA COVID-19 vaccines to offer protection against COVID-19.

Any occurrence of GBS following COVID-19 vaccination should be reported to VAERS. CDC and FDA will continue to monitor and review cases of GBS among people who receive any currently FDA-approved or FDA-authorized COVID-19 vaccine in the United States and may update this guidance in the future.

**People with a history of Bell's palsy**

Cases of Bell's palsy (acute peripheral facial nerve palsy) were reported following vaccination of participants in the COVID-19 vaccine clinical trials. Available data were insufficient for FDA to conclude that these cases were causally related to vaccination. Post-authorization safety surveillance will be important to further assess any possible causal association. In the absence of such evidence, people with a history of Bell's palsy may receive any currently FDA-approved or FDA-authorized COVID-19 vaccine. Any occurrence of Bell's palsy following COVID-19 vaccination should be reported to VAERS.

**People with a history of dermal filler use**

Infrequently, people who have received dermal fillers might experience swelling at or near the site of filler injection (usually face or lips) following administration of a dose of an mRNA COVID-19 vaccine (no similar occurrences were observed in the Janssen COVID-19 vaccine clinical trials). The swelling appears to be temporary and resolves with medical treatment, including corticosteroid therapy. Any currently FDA-approved or FDA-authorized COVID-19 vaccines can be administered to people who have received injectable dermal fillers who have no contraindications or precautions for vaccination. However, these people should be advised to contact their healthcare professional for evaluation if they experience swelling at or near a dermal filler site following vaccination.

## Considerations for use of the Janssen COVID-19 vaccine in certain populations

**Thrombosis with thrombocytopenia syndrome**

Thrombosis with thrombocytopenia syndrome (TTS) is a rare syndrome that involves acute venous or arterial thrombosis and new onset thrombocytopenia in patients with no recent known exposure to heparin. In the United States, the majority of people with TTS that occurred after Janssen COVID-19 vaccination had clots located in cerebral venous sinuses; clots also occurred in other unusual locations, including in the portal vein and splenic vein, and included a combination of venous and arterial thromboses. FDA updated the Janssen COVID-19 vaccine EUA Fact Sheet for Health Care Providers Administering Vaccine (Vaccination Providers) and Fact Sheet for Recipients and Caregivers to include information about rare clotting events that might occur after vaccination, primarily among women aged 18–49 years.

**Women aged <50 years**

The highest rates of TTS per vaccine doses administered were identified in women <50 years of age. Women aged <50 years can receive any currently FDA-approved or FDA-authorized COVID-19 vaccine. However, they should be made aware of the rare risk of TTS after receipt of the Janssen COVID-19 vaccine and the availability of other currently FDA-approved or FDA-authorized COVID-19 vaccines (i.e., mRNA vaccines). At the time of ACIP's review, TTS reporting rates to VAERS were 7.0 cases per million Janssen COVID-19 vaccine doses administered to women aged 18−49 years and 0.9 per million to women aged≥50 years.

**People with a history of thrombosis or risk factors for thrombosis**

Although the etiology of TTS associated with the Janssen COVID-19 vaccine is unclear, it appears to be similar to another rare immune-mediated syndrome, heparin-induced thrombocytopenia (HIT). Until more information becomes available, experts advise that people with a history of an episode of an immune-mediated syndrome characterized by thrombosis and thrombocytopenia, such as HIT, should be offered another currently FDA-approved or FDA-authorized COVID-19 vaccine (i.e., mRNA vaccine) if it has been ≤90 days since their TTS resolved. After 90 days, patients may be vaccinated with any currently FDA-approved or FDA-authorized COVID-19 vaccine.

Venous thromboembolism (VTE), defined as deep vein thrombosis, pulmonary embolism, or both, are common. The biologic mechanisms for VTE (as well as arterial thrombi) differ from the underlying immune-mediated mechanism for HIT. Based on current knowledge, experts believe that people with risk factors for VTE (e.g., inherited or acquired thrombophilia including Factor V Leiden; prothrombin gene 20210A mutation; antiphospholipid syndrome; protein C, protein S or antithrombin deficiency), or a prior history of other types of thromboses (including cerebral venous sinus thrombosis [CVST]) not associated with thrombocytopenia are unlikely to be at increased risk for TTS. Likewise, although the risk of thrombosis is increased during pregnancy and the postpartum period, and with certain hormonal contraceptives (e.g., combined oral contraceptives, patch, and ring), experts believe that these factors do not make people more susceptible to TTS after receipt of the Janssen COVID-19 vaccine. People with risk factors for VTE can receive any currently FDA-approved or FDA-authorized vaccine, including the Janssen COVID-19 vaccine.

**Use of aspirin or anticoagulants**

It is not recommended that people take aspirin or an anticoagulant before vaccination with the Janssen COVID-19 vaccine or any other currently FDA-approved or FDA-authorized COVID-19 vaccine (i.e., mRNA vaccine) unless they take these medications as part of their routine medications.

**People with a history of Guillain-Barré syndrome**

Reports of adverse events following use of the Janssen COVID-19 Vaccine under EUA suggest an increased risk of GBS during the 42 days following vaccination. Investigations to assess whether there is a causal relationship between GBS and Janssen vaccine are ongoing. People with a history of GBS can receive any currently FDA-approved or FDA-authorized COVID-19 vaccine. However, given the possible association between the Janssen COVID-19 vaccine and an increased risk of GBS, a patient with a history of GBS and their clinical team should discuss the availability of mRNA COVID-19 vaccines to offer protection against COVID-19.

## Considerations involving pregnancy, lactation, and fertility

COVID-19 vaccination is recommended for all people aged 12 years and older, including people who are pregnant, lactating, trying to get pregnant now, or might become pregnant in the future. Any of the currently FDA-approved or FDA-authorized COVID-19 vaccines can be administered to people in these groups; ACIP does not state a product preference. However, all women aged <50 years should be aware of the rare risk of TTS after receipt of the Janssen COVID-19 vaccine and the availability of other currently FDA-approved or FDA-authorized COVID-19 vaccines (i.e., mRNA vaccines) for which this risk has not been seen. See also People with a history of thrombosis or risk factors for thrombosis. There is no evidence that any of the COVID-19 vaccines affect current or future fertility.

**Pregnancy**

Pregnant and recently pregnant people with COVID-19 are at increased risk for severe illness when compared with non-pregnant people. Severe illness includes illness that requires hospitalization, intensive care unit admission, mechanical ventilation, or extracorporeal membrane oxygenation; or illness that results in death, although the absolute risk for these outcomes is low. Additionally, pregnant people with COVID-19 are at increased risk for preterm birth and might be at increased risk for other adverse pregnancy complications and outcomes, such as preeclampsia, coagulopathy, and stillbirth.

A growing body of evidence on the safety and effectiveness of COVID-19 vaccination – in both animal and human studies – indicates that the benefits of vaccination outweigh any known or potential risks of COVID-19 vaccination during pregnancy.

- *No safety signals in animal studies:* No female reproduction or fetal, embryonal, or postnatal development safety concerns were demonstrated in animals that received Pfizer-BioNTech, Moderna, or Janssen COVID-19 vaccines before or during gestation.
- *No adverse outcomes in previous trials of the adenovirus platform that included pregnant people:* The adenovirus vector platform used in the Janssen COVID-19 vaccine has been used for other Janssen vaccine development programs in which pregnant people were vaccinated during any trimester, including a large-scale Ebola vaccine trial. No adverse pregnancy-related outcomes—including infant outcomes—were determined to be related to the vaccine in these trials.
- *COVID-19 vaccines do not cause infection in the pregnant person or the fetus:* The currently FDA-approved or FDA-authorized COVID-19 vaccines (i.e., mRNA vaccines and a non-replicating viral vector vaccine) are not live vaccines and cannot cause infection in either the pregnant person or the fetus.
- *Reassuring early safety data on mRNA COVID-19 vaccines during pregnancy:* CDC released the first U.S. data on the safety of mRNA COVID-19 vaccines administered during pregnancy. The report analyzed data from three vaccine safety-related databases: VAERS, the v-safe active surveillance system, and the v-safe pregnancy registry, which collects additional detailed data on pregnant people and their infants. Early data from these systems did not identify any safety concerns for pregnant people who were vaccinated or their infants. Among pregnant people enrolled in the v-safe pregnancy registry who were vaccinated before 20 weeks' gestation, miscarriage rates following vaccination were similar to the background incidence of miscarriage.
- *Early data suggest mRNA COVID-19 vaccines during pregnancy are effective:* A study from a large population-based cohort of pregnant people in Israel compared those who received an mRNA COVID-19 vaccination with those who did not and found vaccination was associated with a significantly lower risk of SARS-CoV-2 infection.
- *Vaccination of pregnant people generates an immune response:* A recent report has shown that mRNA COVID-19 vaccine-induced humoral response was comparable in pregnant women and non-pregnant controls. In the same study, antibodies developed from mRNA COVID-19 vaccination were present in umbilical cord blood, indicating the potential for protection against COVID-19 for neonates and infants.
- *Clinical trials to evaluate the safety and efficacy of COVID-19 vaccines in pregnant people are also under way*: Vaccine manufacturers are also following outcomes in people in the clinical trials who became pregnant.

COVID-19 vaccination is recommended for all people aged 12 years and older, including people who are pregnant. A conversation between the patient and their clinical team may assist with decisions about the use of a COVID-19 vaccine; however, approval by a healthcare professional is not required before vaccination. COVID-19 vaccines and other vaccines may be administered without regard to timing as detailed in Coadministration with other vaccines. If a person becomes pregnant following the first dose of a COVID-19 vaccine that requires two doses (i.e., Pfizer-BioNTech COVID-19 vaccine or Moderna COVID-19 vaccine), the second dose should be administered as indicated for the person to be have maximum protection. Data on uptake of COVID-19 vaccination among pregnant people can be found on CDC's COVID Data Tracker. Pregnant people are encouraged to enroll in v-safe after COVID-19 vaccination.

Side effects can occur after COVID-19 vaccination in pregnant people, similar to those among non-pregnant people. Acetaminophen can be offered as an option for pregnant people experiencing fever (fever has been associated with adverse pregnancy outcomes) or other post-vaccination symptoms.

**Lactation**

COVID-19 vaccination is recommended for all people aged 12 years and older, including lactating people. There are limited data on the safety of COVID-19 vaccines in lactating people or the effects of COVID-19 vaccines on the breastfed infant, milk production, and secretion. However, the currently FDA-approved or FDA-authorized COVID-19 vaccines (i.e., mRNA vaccines and a non-replicating viral vector vaccine) cannot cause infection in either the lactating person or the infant. Recent reports have shown that the antibodies developed from mRNA COVID-19 vaccination were present in breastmilk samples. More data are needed to determine if these antibodies convey protection against SARS-CoV-2 infection for neonates and infants.

**Fertility**

COVID-19 vaccination is recommended for all people aged 12 years and older, including people trying to get pregnant now or who might become pregnant in the future. There is no recommendation for routine pregnancy testing before receipt of a COVID-19 vaccine. Those who are trying to become pregnant do not need to avoid pregnancy after COVID-19 vaccination. There is currently no evidence that any vaccines, including COVID-19 vaccines, cause fertility problems. Many women have become pregnant after receiving COVID-19 vaccine. However, results from ongoing long-term studies are not yet available.

## Vaccination of children and adolescents

Adolescents aged 12–17 years are eligible to receive the Pfizer-BioNTech COVID-19 vaccine and may be vaccinated with appropriate consent and assent. Sites administering COVID-19 vaccines should follow current state/jurisdictional policies and practices for other routine immunizations in this age group.

Available safety, immunogenicity, and reactogenicity data are similar to those seen in young adults aged 16-25 years. Syncope (fainting) may occur in association with any injectable vaccines, especially among adolescents. Procedures should be in place to prevent falling injuries and manage syncopal reactions. All people are recommended to be observed for 15 minutes after vaccination (including COVID-19 vaccination); patients should be seated or lying down during the observation period

ingredient in Janssen COVID-19 vaccine. PEG and polysorbate are structurally related, and cross-reactive hypersensitivity between these compounds may occur. People with a contraindication to one of the mRNA COVID-19 vaccines should not receive doses of either of the mRNA vaccines (Pfizer-BioNTech or Moderna). However, people with a contraindication to mRNA COVID-19 vaccines may be able to receive Janssen COVID-19 vaccine, and vice versa, provided certain measures are taken (see "precautions" below). Known polysorbate allergy is no longer a contraindication to mRNA vaccination; however, known polysorbate allergy is a contraindication to Janssen COVID-19 vaccine and thus, a precaution to mRNA COVID-19 vaccination.

Healthcare professionals should attempt to determine whether reactions reported following vaccination are consistent with immediate allergic reactions versus other types of reactions commonly observed following vaccination, such as a vasovagal reaction or post-vaccination side effects (Appendix D). This will help determine which patients have a contraindication to vaccination, including to the second dose of an mRNA COVID-19 vaccine.

**Precautions**

Most people deemed to have a precaution to a COVID-19 vaccine at the time of their vaccination appointment can and should be administered vaccine. CDC considers a history of an immediate allergic reaction to any vaccine other than COVID-19 vaccine or to any injectable therapy (i.e., intramuscular, intravenous, or subcutaneous vaccines or therapies [excluding subcutaneous immunotherapy for allergies, i.e., "allergy shots"]) as a precaution but not a contraindication to vaccination. People with a history of an immediate allergic reaction to a vaccine or injectable therapy that contains multiple components, one or more of which is a component of a COVID-19 vaccine, have a precaution to vaccination with that COVID-19 vaccine, even if it is unknown which component elicited the allergic reaction.

People with a contraindication to one type of the currently FDA-approved or FDA-authorized COVID-19 vaccines (e.g., mRNA) have a precaution to the other (e.g., Janssen viral vector). However, because of potential cross-reactive hypersensitivity between ingredients in mRNA and Janssen COVID-19 vaccines, consultation with an allergist-immunologist should be considered to help determine if the patient can safely receive vaccination. Healthcare professionals and health departments may also request a consultation from the Clinical Immunization Safety Assessment COVIDvax project. Vaccination of these individuals should only be undertaken in an appropriate setting under the supervision of a healthcare professional experienced in the management of severe allergic reactions.

- People with a contraindication to mRNA COVID-19 vaccines (including due to a known PEG allergy): Consideration may be given to vaccination with Janssen COVID-19 vaccine. People who have received one mRNA COVID-19 vaccine dose but for whom the second dose is contraindicated should wait at least 28 days after the mRNA vaccine dose to receive Janssen COVID-19 vaccine.
- People with a contraindication to Janssen COVID-19 vaccine (including due to a known polysorbate allergy): Consideration may be given to mRNA COVID-19 vaccination. Of note, polysorbate allergy is no longer a contraindication to mRNA COVID-19 vaccination, it is a precaution.

The following considerations can be used to help the vaccination provider conduct a risk assessment for vaccination in individuals with a precaution to vaccination:

- Risk of exposure to SARS-CoV-2 (e.g., because of residence in a congregate setting such as a long-term care facility, occupation)
- Risk of severe disease or death due to COVID-19 (e.g., because of age, underlying medical conditions)
- The unknown risk of anaphylaxis (including fatal anaphylaxis) following COVID-19 vaccination in a person with a history of an immediate allergic reaction to other vaccines or injectable therapies
- Ability of the patient to be vaccinated in a setting where appropriate medical care is immediately available for anaphylaxis. Note, for people with a contraindication to one type of COVID-19 vaccines (e.g., mRNA vaccines), vaccination with another type (e.g., Janssen viral vector vaccine) should only be undertaken in an appropriate setting under the supervision of a healthcare professional experienced in the management of severe allergic reactions.

**Neither contraindications nor precautions to COVID-19 vaccination**

Allergic reactions (including severe allergic reactions) not related to vaccines (COVID-19 or other vaccines) or injectable therapies, such as allergic reactions related to food, pet, venom, or environmental allergies, or allergies to oral medications (including the oral equivalents of injectable medications), are **not** a contraindication or precaution to COVID-19 vaccination. The vial stoppers of COVID-19 vaccines are not made with natural rubber latex, and there is no contraindication or precaution to vaccination for people with a latex allergy. In addition, because the COVID-19 vaccines do not contain eggs or gelatin, people with allergies to these substances do not have a contraindication or precaution to vaccination.

Delayed-onset local reactions have been reported after mRNA vaccination in some individuals beginning a few days through the second week after the first dose and are sometimes quite large. People with only a delayed-onset local reaction (e.g., erythema, induration, pruritus) around the injection site area after the first vaccine dose do not have a contraindication or precaution to the second dose. These individuals should receive the second dose using the same vaccine product as the first dose at the recommended interval, preferably in the opposite arm.

**Observation periods following vaccination**

CDC recommends the following observation periods after COVID-19 vaccination:

- 30 minutes:
  - History of an immediate allergic reaction of any severity to other vaccines or injectable therapies
  - People with a contraindication to a different type of COVID-19 vaccine (for example, people with a contraindication to mRNA COVID-19 vaccines who receive Janssen viral vector vaccine should be observed for 30 minutes following Janssen vaccination).
  - History of anaphylaxis due to any cause
- 15 minutes: All other people

**Management of anaphylaxis after COVID-19 vaccination**

Appropriate medical treatment used to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of COVID-19 vaccine. Further information on anaphylaxis management can be found in the interim considerations for the management of anaphylaxis following COVID-19 vaccination and laboratory evaluation of people who experience anaphylaxis after vaccination.

## Reporting of vaccine adverse events

Adverse events that occur in a recipient following COVID-19 vaccination should be reported to VAERS. Vaccination providers are required by the FDA to report the following that occur after COVID-19 vaccination under BLA or EUA:

- Vaccine administration errors
- Serious adverse events
- Cases of Multisystem Inflammatory Syndrome
- Cases of COVID-19 that result in hospitalization or death

Reporting is encouraged for any other clinically significant adverse event, even if it is uncertain whether the vaccine caused the event. Information on how to submit a report to VAERS is available at https://vaers.hhs.gov or by calling 1-800-822-7967.

In addition, CDC has developed a new voluntary, smartphone-based tool, **v-safe**. This tool uses text messaging and web surveys to provide near real-time health check-ins after patients receive COVID-19 vaccination. Reports to **v-safe** indicating a medically significant health impact, including pregnancy, are followed up by the CDC/**v-safe** call center to collect additional information to complete a VAERS report, if appropriate.

## Laboratory testing

**Vaccination and SARS-CoV-2 testing**

Antibody testing is not currently recommended to assess the need for vaccination in an unvaccinated person or to assess for immunity to SARS-CoV-2 following COVID-19 vaccination. Antibody tests currently authorized under an EUA have variable sensitivity, specificity, as well as positive and negative predictive values, and are not authorized for the assessment of immune response in vaccinated people. Furthermore, the serologic correlates of protection have not been established, and antibody testing does not evaluate the cellular immune response, which may also play a role in vaccine-mediated protection.

If antibody testing was performed following vaccination, additional doses of the same or different COVID-19 vaccines are not recommended based on antibody test results at this time. If antibody testing was done after the first dose of an mRNA vaccine, the vaccination series should be completed regardless of the antibody test result.

**Interpretation of SARS-CoV-2 test results in vaccinated people**

Prior receipt of a COVID-19 vaccine will not affect the results of SARS-CoV-2 viral tests (nucleic acid amplification or antigen tests). To evaluate for evidence of prior infection in vaccinated people (e.g., for public health surveillance or the diagnosis of MIS-C or MIS-A), a test that specifically evaluates IgM/IgG to the nucleocapsid protein should be used.

**Use of immune-based tests for tuberculosis infection, such as the tuberculin skin test and interferon-gamma release assay**

COVID-19 vaccination should not be delayed because of testing for tuberculosis (TB) infection. Testing for TB infection with one of the immune-based methods, either the tuberculin skin test (TST) or an interferon release assay (IGRA), can be done before, after, or during the same encounter as COVID-19 vaccination.

TSTs and IGRAs were previously recommended to be administered ≥ 4 weeks after completion of COVID-19 vaccination to minimize potential theoretical interference between vaccination and TB testing. This was out of an abundance of caution during a period when these vaccines were new. However, given logistical challenges faced in delaying TB infection testing, the recommendation has been updated so that these tests may now be administered without regard to timing of COVID-19 vaccination.

## Footnotes

1. The timing of the evaluation of vaccine efficacy (VE) against COVID-19 in trial participants varied by manufacturer's protocol design: Pfizer-BioNTech's protocol evaluated VE at ≥7 days after dose 2; Moderna's evaluated VE at ≥14 days after dose 2; and Janssen's evaluated VE ≥14 days and ≥28 days after the single dose. For consistency in public health post-vaccination guidance, a single time interval (i.e., ≥2 weeks) is used for the definition of fully vaccinated.
2. As of August 31, 2021, WHO has listed the following COVID-19 vaccines for emergency use:
   - Pfizer-BioNTech COVID-19 vaccines (e.g., COMIRNATY, Tozinameran)
   - AstraZeneca-Oxford COVID-19 vaccines (e.g., Covishield, Vaxzevria)
   - Janssen (Johnson & Johnson) COVID-19 vaccine
   - Moderna COVID-19 vaccine
   - Sinopharm BIBP COVID-19 vaccine
   - Sinovac-CoronaVac COVID-19 vaccine

   This list will be updated as additional COVID-19 vaccines receive an emergency use listing from WHO.
3. For consistency in public health post-vaccination guidance, a single time interval (i.e., ≥2 weeks after receipt of all recommended doses) is used for the definition of fully vaccinated.
4. In a post-marketing observational study of people vaccinated with Shingrix (a vaccine for prevention of herpes zoster [shingles]), ~3-6 excess GBS cases per 1 million doses administered to persons ≥65 years in the 6 weeks after vaccination were observed. Although a causal relationship has not been established, FDA added a new warning about GBS in the Prescribing Information for Shingrix.
5. The Society of Breast Imaging has developed "Recommendations for the Management of Axillary Adenopathy in Patients with Recent COVID-19 Vaccination" which includes considerations for patients and healthcare professionals in scheduling screening exams in relation to the administration of a COVID-19 vaccine.
6. At the time of publication of ACIP's updated recommendations, all cases of TTS after FDA-authorization of the Janssen COVID-19 vaccine occurred in females. One case of CVST with thrombocytopenia occurred in a male, aged 18–49 years, during the Janssen COVID-19 vaccine Phase III clinical trial.

Top of Page

## Appendix A. Vaccine administration errors and deviations

A vaccine administration error is any preventable event that may cause or lead to inappropriate use of vaccine or patient harm. This appendix provides resources for preventing and reporting COVID-19 vaccine administration errors, as well as actions to take after an error has occurred. For completeness, this includes additional scenarios that deviate from CDC recommendations for vaccine intervals but are not considered administration errors. This document is intended to assist vaccination providers with handling exceptional situations in which a vaccination error or deviation has already occurred and may be updated when additional information becomes available.

**The FDA-issued Fact Sheet for Healthcare Providers Administering Vaccines should be referenced for detailed information on storage and handling, dosing and schedule, dose preparation, and administration of COVID-19 vaccines. The information provided below on managing vaccine administration errors should not be interpreted as a recommendation or promotion of unauthorized use of the vaccines.**

For all vaccine administration errors:

- Inform the recipient of the vaccine administration error.
- Consult with the state immunization program and/or immunization information system (IIS) to determine how the dose should be entered into the IIS, both as an administered dose and to account for inventory.
- Report the error to the Vaccine Adverse Event Reporting System (VAERS), unless otherwise indicated in the table. Providers are required to report all COVID-19 vaccine administration errors—even those not associated with an adverse event—to VAERS. To file an electronic report, please see the VAERS website.
- Determine how the error occurred and implement strategies to prevent it from happening again. A discussion on strategies to prevent errors can be found in the "Vaccine Administration" chapter of *Epidemiology and Prevention of Vaccine-Preventable Diseases* (Pink Book). Additional resources can be found on CDC's vaccine administration web page, including a job aid for preventing errors.

### Table. Interim recommendations for COVID-19 vaccine administration errors and deviations

| Vaccines | Type | Administration error/deviation | Interim recommendation |
|---|---|---|---|
| All currently FDA-approved or FDA-authorized vaccines<br>(Pfizer-BioNTech Moderna, and Janssen COVID-19 vaccines) | Site/route | • Incorrect site (i.e., site other than the deltoid muscle [preferred site] or anterolateral thigh [alternate site]) | • Do **not** repeat dose.* Inform the recipient of the potential for local and systemic adverse events. |
| | | • Incorrect route (e.g., subcutaneous) | • Do **not** repeat dose.* Inform the recipient of the potential for local and systemic adverse events. |
| | Age | • Unauthorized age group | • If received dose at age less than 12 years, do **not** give any additional dose at this time.∞<br>• If age 12 to 17 years and a vaccine other than Pfizer-BioNTech was inadvertently administered:<br>◦ If Moderna vaccine administered as the first dose, may administer Moderna vaccine as the second dose (as off-label use, because Moderna vaccine is **not** authorized in this age group).<br>◦ If Janssen vaccine administered, do **not** repeat dose with Pfizer-BioNTech vaccine. |
| | Dosage | • Higher-than-authorized dose volume administered | • Do **not** repeat dose.*† |
| | | • Lower-than-authorized dose volume administered (e.g., leaked out, equipment failure, recipient pulled away) | • If equal to or more than half of the dose was administered, do **not** repeat dose.*<br>• If less than half of the dose was administered or the proportion of the dose cannot be estimated, administer the authorized dose immediately (no minimum interval) in the opposite arm.# |
| | Storage and handling | • Dose administered after improper storage and handling (e.g., temperature excursion, more than allowed time after first vial puncture) | • Contact the manufacturer for guidance. If the manufacturer provides information supporting that the dose should be repeated, the repeated dose may be given immediately (no minimum interval) in the opposite arm. |
| | | • Dose administered past the expiration/beyond-use date | • Contact the manufacturer for guidance. If the manufacturer provides information supporting that the dose should be repeated, the repeated dose may be given immediately (no minimum interval) in the opposite arm. |
| | Administration | • Dose administered within 90 days of monoclonal | • Do **not** repeat COVID-19 vaccine dose. If person |

polysorbate 80 is an ingredient in Janssen COVID-19 vaccine. PEG and polysorbate are structurally related, and cross-reactive hypersensitivity between these compounds may occur. People with a contraindication to mRNA COVID-19 vaccines (including due to a known allergy to PEG) have a precaution to Janssen COVID-19 vaccine. Among people who received one mRNA COVID-19 dose but for whom the second dose is contraindicated, consideration may be given to vaccination with Janssen COVID-19 vaccine (administered at least 28 days after the mRNA COVID-19 dose). People with a contraindication to Janssen COVID-19 vaccine (including due to a known allergy to polysorbate) have a precaution to mRNA COVID-19 vaccines. For people with these precautions, referral to an allergist-immunologist should be considered. Healthcare professionals and health departments may also request a consultation from the Clinical Immunization Safety Assessment COVIDvax project. In patients with these precautions, vaccination should only be undertaken in an appropriate setting under the supervision of a healthcare professional experienced in the management of severe allergic reactions.

## Appendix C: Ingredients included in COVID-19 vaccines

The following is a list of ingredients for the Pfizer-BioNTech, Moderna, and Janssen COVID-19 vaccines reported in the prescribing information for each vaccine.*

| Description | Pfizer-BioNTech (mRNA) | Moderna (mRNA) | Janssen (viral vector) |
|---|---|---|---|
| **Active ingredient** | Nucleoside-modified mRNA encoding the viral spike (S) glycoprotein of SARS-CoV-2 | Nucleoside-modified mRNA encoding the viral spike (S) glycoprotein of SARS-CoV-2 | Recombinant, replication-incompetent Ad26 vector, encoding a stabilized variant of the SARS-CoV-2 Spike (S) protein |
| **Inactive ingredients** | 2[(polyethylene glycol (PEG))-2000]-N,N-ditetradecylacetamide | PEG2000-DMG: 1,2-dimyristoyl-rac-glycerol, methoxypolyethylene glycol | Polysorbate-80 |
| | 1,2-distearoyl-sn-glycero-3-phosphocholine | 1,2-distearoyl-sn-glycero-3-phosphocholine | 2-hydroxypropyl-β-cyclodextrin |
| | Cholesterol | Cholesterol | Citric acid monohydrate |
| | (4-hydroxybutyl)azanediyl)bis(hexane-6,1-diyl)bis(2-hexyldecanoate) | SM-102: heptadecan-9-yl 8-((2-hydroxyethyl) (6-oxo-6-(undecyloxy) hexyl) amino) octanoate | Trisodium citrate dihydrate |
| | Sodium chloride | Tromethamine | Sodium chloride |
| | Monobasic potassium phosphate | Tromethamine hydrochloride | Ethanol |
| | Potassium chloride | Acetic acid | |
| | Dibasic sodium phosphate dihydrate | Sodium acetate | |
| | Sucrose | Sucrose | |

* None of the vaccines contain eggs, gelatin, latex, or preservatives. All COVID-19 vaccines are **free from metals** such as iron, nickel, cobalt, lithium, rare earth alloys or any manufactured products such as microelectronics, electrodes, carbon nanotubes, or nanowire semiconductors.
Note: Both the Pfizer-BioNTech and Moderna COVID-19 vaccines contain polyethylene glycol (PEG). PEG is a primary ingredient in osmotic laxatives and oral bowel preparations for colonoscopy procedures, an inactive ingredient or excipient in many medications, and is used in a process called "pegylation" to improve the therapeutic activity of some medications (including certain chemotherapeutics). Additionally, cross-reactive hypersensitivity between PEG and polysorbates (included as an excipient in some vaccines and other therapeutic agents) can occur. Information on active or inactive ingredients for vaccines and medications can be found in the package insert. CDC's vaccine excipient summary and the National Institutes of Health DailyMed database can also be used as a resource.

## Appendix D: Potential characteristics of allergic reactions, vasovagal reactions, and vaccine side effects following COVID-19 vaccination

In patients who experience post-vaccination symptoms, determining the etiology (including allergic reaction, vasovagal reaction, or vaccine side effects) is important to determine whether a person can receive additional doses of the vaccine (including the second dose of an mRNA COVID-19 vaccine). The following table of signs and symptoms is meant to serve as a resource but might not be exhaustive, and patients might not have all signs or symptoms. Vaccination providers should use their clinical judgement when assessing patients to determine the diagnosis and management.

| Characteristic | Allergic reactions (including anaphylaxis) | Vasovagal reaction | Vaccine side effects (local and systemic) |
|---|---|---|---|
| Timing after vaccination | Most occur within 15-30 minutes of vaccination | Most occur within 15 minutes | Median of 1 to 3 days after vaccination (with most occurring the day after vaccination) |
| **Signs and symptoms** | | | |
| Constitutional | Feeling of impending doom | Feeling warm or cold | Fever, chills, fatigue |
| Cutaneous | Skin symptoms present in ~90% of people with anaphylaxis, including pruritus, urticaria, flushing, angioedema | Pallor, diaphoresis, clammy skin, sensation of facial warmth | Pain, erythema, or swelling at injection site; lymphadenopathy in same arm as vaccination |
| Neurologic | Confusion, disorientation, dizziness, lightheadedness, weakness, loss of consciousness | Dizziness, lightheadedness, syncope (often after prodromal symptoms for a few seconds or minutes), weakness, changes in vision (such as spots of flickering lights, tunnel vision), changes in hearing | Headache |
| Respiratory | Shortness of breath, wheezing, bronchospasm, stridor, hypoxia | Variable; if accompanied by anxiety, might have an elevated respiratory rate | N/A |
| Cardiovascular | Hypotension, tachycardia | Variable; might have hypotension or bradycardia during syncopal event | N/A |
| Gastrointestinal | Nausea, vomiting, abdominal cramps, diarrhea | Nausea, vomiting | Vomiting or diarrhea might occur |
| Musculoskeletal | N/A | N/A | Myalgia, arthralgia |
| **Vaccine and clinical management recommendations** | | | |
| If vaccinated with mRNA COVID-19 vaccine as first dose, recommended to receive second mRNA vaccine dose? | No; see Appendix B | Yes | Yes |

## References


- The Advisory Committee on Immunization Practices' Interim Recommendation for Use of Pfizer-BioNTech COVID-19 Vaccine — United States, December 2020
- The Advisory Committee on Immunization Practices' Interim Recommendation for Use of Moderna COVID-19 Vaccine — United States, December 2020
- The Advisory Committee on Immunization Practices' Interim Recommendation for Use of Janssen COVID-19 Vaccine — United States, February 2021
- Updated Recommendations from the Advisory Committee on Immunization Practices for Use of the Janssen (Johnson & Johnson) COVID-19 Vaccine After Reports of Thrombosis with Thrombocytopenia Syndrome Among Vaccine Recipients—United States, April 2021
- The Advisory Committee on Immunization Practices' Interim Recommendation for Use of Pfizer-BioNTech COVID-19 Vaccine in Adolescents Aged 12–15 years — United States, May 2021
- Use of mRNA COVID-19 Vaccine After Reports of Myocarditis Among Vaccine Recipients: Update from the Advisory Committee on Immunization Practices — United States, June 2021
- Use of COVID-19 Vaccines After Reports of Adverse Events Among Adult Recipients of Janssen (Johnson & Johnson) and mRNA COVID-19 Vaccines (Pfizer-BioNTech and Moderna): Update from the Advisory Committee on Immunization Practices — United States, July 2021
- Pfizer-BioNTech COVID-19 Vaccine Fact Sheet for Healthcare Providers (fda.gov)
- Moderna COVID-19 Vaccine EUA Fact Sheet for Healthcare Providers (fda.gov)
- Janssen COVID-19 Vaccine EUA Fact Sheet for Healthcare Providers (fda.gov)
- ACIP General Best Practice Guidelines for Immunization
- Interim considerations: preparing for the potential management of anaphylaxis after COVID-19 vaccination


### Previous Updates:

August 31, 2021

- New Advisory Committee on Immunization Practices (ACIP) recommendation for use of the U.S. Food and Drug Administration (FDA)-approved Pfizer-BioNTech (COMIRNATY) COVID-19 Vaccine in persons aged ≥16 years
- Updated information in Key points to reflect currently available evidence
- Updated information on COVID-19 vaccines in the Background section
- Updated information in the section on Considerations for use of an additional dose of COVID-19 vaccine following a primary vaccine series
- Updated laboratory testing information on timing of immune-based tests for tuberculosis infection in relation to COVID-19 vaccine administration

August 25, 2021

- New section on people vaccinated for COVID-19 as part of a clinical trial in the United States
- Updated considerations for use of an additional mRNA COVID-19 vaccine dose after an initial 2-dose COVID-19 mRNA vaccine series for immunocompromised people

August 13, 2021

- New section on considerations for use of an additional dose of COVID-19 vaccine
- New section on considerations for use of an additional mRNA COVID-19 vaccine dose after an initial 2-dose primary mRNA COVID-19 vaccine series for immunocompromised people

August 11, 2021

- Updated considerations for people who are pregnant, lactating, trying to get pregnant now, or might become pregnant in the future

August 6, 2021

- Updated considerations for COVID-19 vaccination in people with a history of Guillain-Barré syndrome
- Updated information on vaccine administration errors and deviations in Appendix A (Table).

July 16, 2021

- Updated considerations regarding mRNA vaccine dosing intervals.
- Updated considerations for immunocompromised people.

July 2, 2021

- New section on considerations for use of mRNA COVID-19 vaccines in people with a history of myocarditis or pericarditis added to considerations for vaccination of people with certain underlying medical conditions.
- New information on the occurrence of myocarditis or pericarditis following vaccination with mRNA COVID-19 vaccines added to patient counseling.

June 1, 2021

- Information on cases of myocarditis and pericarditis occurring after mRNA COVID-19 vaccination, particularly in adolescents and young adults.
- Information on the efficacy of the Pfizer-BioNTech COVID-19 vaccine in adolescents aged 12–15 years in patient counseling section.
- Updated data on local and systemic symptoms following vaccination with mRNA COVID-19 vaccines in patient counseling section.
- Clarification in contraindications and precautions and Appendix B of guidance for people with a history of an immediate allergic reaction to a vaccine or injectable therapy that contains a component also contained in a COVID-19 vaccine.
- Updated list of ingredients in COVID-19 vaccines (i.e., lack of metals) in Appendix C.
- Correction of footnote numbering.

May 14, 2021

- Updated information for authorized age groups to include vaccination of adolescents aged 12–15 years with Pfizer-BioNTech COVID-19 vaccine.
- Updated information on coadministration of COVID-19 vaccines with other vaccines.
- A new section on persons with a history of multisystem inflammatory syndrome added to considerations for vaccination of people with certain underlying medical conditions.
- Updated recommendation for timing of COVID-19 vaccine administration in persons with a history of heparin-induced thrombocytopenia.
- Updated information on vaccination of children and adolescents.

April 27, 2021:

- The Advisory Committee on Immunization Practices' updated interim recommendation for the use of the Janssen (Johnson & Johnson) COVID-19 vaccine.
- Clarification that COVID-19 vaccination is recommended for all people 16 years and older added to key points and vaccine administration.
- Updated information about the Janssen COVID-19 vaccine added to background.
- Requirements to be considered fully vaccinated added to vaccine administration and interchangeability of COVID-19 vaccine products.
- New section added for people vaccinated with COVID-19 vaccines not authorized in the United States.
- Clarification on COVID-19 vaccination and SARS-CoV-2 infection. People with prolonged post-COVID-19 symptoms should be offered COVID-19 vaccination.
- New section added on antiviral therapy and COVID-19 vaccination.
- Information on requesting a consultation from the Clinical Immunization Safety Assessment COVIDvax project added to considerations for vaccination of people with certain underlying medical conditions.
- New section added on considerations for use of the Janssen COVID-19 vaccine in certain populations
- Updated information and recommendations for vaccination of pregnant or lactating people.
- Updated recommendations for vaccination of children and adolescents.
- Updated information related to axillary lymphadenopathy added to patient counseling for mRNA COVID-19 vaccines.
- Updated information on the Janssen COVID-19 vaccine added to patient counseling.
- Updated recommendations related to contraindications (polysorbate allergy) and precautions (most people with a precaution can and should be administered vaccine) for COVID-19 vaccines.

April 16, 2021:

- Recommended pause in the use of Janssen (Johnson & Johnson) COVID-19 vaccine.
- Recommendations for clinicians related to occurrence of cerebral venous sinus thrombosis (CVST) with thrombocytopenia after receipt of Janssen COVID-19 vaccine.

March 5, 2021:

- Public health recommendations for vaccinated people have been moved to: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/fully-vaccinated-guidance.html.

March 3, 2021:

- Clinical considerations added for use of Janssen (Johnson & Johnson) COVID-19 vaccine.
- Updated recommendations for fully vaccinated people who subsequently develop COVID-19.
- Updated recommendations related to COVID-19 vaccination timing for immunocompromised people.
- Updated contraindications and precautions to mRNA COVID-19 vaccines.
- Updated information on interpretation of SARS-CoV-2 antibody test results after vaccination.

February 10, 2021:

- New recommendations for preventing, reporting, and managing mRNA COVID-19 vaccine administration errors (Appendix A).
- Clarification on contraindications and precautions. People with a known (diagnosed) allergy to PEG, another mRNA vaccine component, or polysorbate, have a contraindication to vaccination. People with a reaction to a vaccine or injectable therapy that contains multiple components, one of which is PEG, another mRNA vaccine component or polysorbate, but in whom it is unknown which component elicited the immediate allergic reaction have a precaution to vaccination.
- Updated information on delayed, local injection-site reactions after the first mRNA vaccine dose. These reactions are neither a contraindication nor a

precaution to the second dose.

- Updated quarantine recommendations for vaccinated people. Fully vaccinated people who meet criteria will no longer be required to quarantine following an exposure to someone with COVID-19. Additional considerations for patients and residents in healthcare settings are provided.
- Additional information and updated recommendations for testing for TB infection. TB testing can be done before or at the same time as mRNA COVID-19 vaccination, or otherwise delayed for ≥4 weeks after the completion of mRNA COVID-19 vaccination.

Page last reviewed: September 15, 2021
Content source: National Center for Immunization and Respiratory Diseases