# Exhibit L

HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT CARLSON, ET AL<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF REDMOND,<br><br>            Defendant | Case No.: 2:23-CV-01739-JNW<br><br><br>DECLARATION OF MICHAEL MINA, MD PHD |

MY NAME IS DR. MICHAEL MINA, I declare the following:

1.  I am over the age of eighteen and am a citizen of the United States, I have personal knowledge of the matters set forth herein and am competent to testify to them at trial.

2.  I am a public health expert, a physician-scientist with deep expertise in vaccine and infectious disease immunology, vaccinology, epidemiology, and public health. I am one of the leading scientists and experts in the world as it pertains to testing for respiratory diseases during a pandemic.

3.  I received my A.B. degree from Dartmouth College, where I studied engineering and public health.

4.  I earned both my Doctor of Medicine (M.D.) and Doctor of Philosophy (Ph.D.) degrees through the prestigious NIH Medical Scientist Training Program (MSTP), which I completed at Emory University's Vaccine Research Center and in the Department of Epidemiology at Emory University Rollins School of Public Health – the former known as one of the best

DECLARATION OF MICHAEL MINA, MD PHD - 1

academic centers in the world for vaccine research, and the latter is currently ranked as the #3 Department of Epidemiology in the United States.[1]

5. I began my doctoral research between Emory University and the U.S. Centers for Disease Control and Prevention (CDC), focusing on infectious disease dynamics and modeling outbreak patterns. I completed my doctoral research at Emory focused on upper respiratory virus infections, vaccines, and transmission.

6. I completed a postdoctoral fellowship at Princeton University, where my work concentrated on the mathematics of infectious disease spread, and the discovery of long-term immunological adverse consequences respiratory viruses, and the broad previously unmeasured benefits of vaccines.

7. I completed a second postdoctoral fellowship at Harvard University, focusing on synthetic biology approaches to understanding immunological responses to vaccines and infections.

8. I completed my medical residency in clinical pathology and laboratory medicine (with a specific focus on infectious disease diagnostics) at Brigham and Women's Hospital and Harvard Medical School, where I also served as Chief Resident.

9. I then joined the faculty at Harvard as a tenure-track Assistant Professor at the Harvard T.H. Chan School of Public Health, within the Center for Communicable Disease Dynamics, holding joint appointments in the Departments of Epidemiology and Immunology and Infectious Diseases.

---

[1] https://www.usnews.com/best-graduate-schools/top-health-schools/epidemiology-rankings

DECLARATION OF MICHAEL MINA, MD PHD - 2

10. Simultaneously, I joined the faculty as Assistant Professor at Harvard Medical School and as Associate Medical Director of Clinical Molecular Virology at Brigham and Women's Hospital.

11. I have authored over 100 peer-reviewed publications in leading scientific journals, including Science, Nature Medicine, The New England Journal of Medicine, and The Lancet

12. I wrote the textbook chapter on testing strategies for public health and medicine in the "The COVID-19 Textbook: Science, Medicine and Public Health" (Wolters Kluwer, 2024).

13. Regarding COVID-19:

   a. I was instrumental in establishing and leading the COVID-19 testing platforms and programs at the Brigham and Women's Hospital as well as at the Broad Institute of MIT and Harvard, the latter was in close partnership with the Massachusetts Department of Public Health and ultimately was utilized to develop occupational health and student health testing programs through much of the Northeastern US.

   b. I helped to architect for the occupational health and student health population health programs for, and served as a scientific advisor to numerous institutions to help including (but not limited) Harvard University, MIT, Princeton University, Dartmouth College, Colby College, Bowdoin, University of Maryland, the New York State Governor and NYC Schools, the MA State Governor, The NJ State Governor, among many others.

   c. I routinely advised leadership of federal agencies, including the CDC, FDA, NIH and the leadership within the White House (both administrations) often working directly with the Assistant Secretary for Health and Human Services and the Directors of the

DECLARATION OF MICHAEL MINA, MD PHD - 3

White House COVID-19 Response Team, to support development of national COVID-19 transmission mitigation and vaccination strategies during the pandemic.

d. I also supported many local occupational health programs across the country, including for instance in Washington State where I supported the leadership of the Space Needle in Seattle, and other public-facing institutions.

e. I worked closely to advise various international governments on their COVID-19 mitigation policies and programs, including supporting UK Prime Minister's COVID-19 response team, the Chancellor of Austria, and worked closely with the Crown Prince of Bahrain and the public health efforts there, for which I was awarded a national medical merit award by the Crown Prince of Bahrain for contributions to national COVID-19 prevention efforts which were highlighted as an example of success by the WHO.

f. I served as the Chief Scientific and Medical Officer of eMed, a healthcare technology company where I worked closely with the US Government to increase access to at-home COVID-19 testing and treatment. Although not a test maker, eMed enabled the first FDA-authorization of the first *at-home* rapid antigen tests for COVID-19, the Abbott BinaxNOW.

g. I subsequently co-architected and led the NIH-funded U.S. National Home Test to Treat initiative, a free government program, announced by President Biden, created to

DECLARATION OF MICHAEL MINA, MD PHD - 4

support nationwide access to COVID-19 antivirals, particularly in under-resourced and rural areas.[2]

14. I have been consistently recognized for my contributions to public health, including being named a 'Global Progress Maker' by The Economist magazine.

15. My research has focused on the long-term durability of vaccine-induced immunity, waning immunity following vaccination and infection, and how immune memory influenced disease susceptibility and outbreak dynamics. I have extensive work on vaccine-preventable diseases including measles, influenza, and CV19.

16. My peer reviewed publications are attached to my Declaration within my Expert Report submitted in this matter.[3]

### Scope of Engagement and Summary Opinions

17. I have been retained by counsel for Plaintiffs to provide expert opinions regarding specific scientific, medical, and public health questions relevant to this matter, particularly those related to COVID-19 vaccine mandates applicable to Redmond firefighters.

18. My opinions are based on my expertise in immunology, epidemiology, and public health, a comprehensive review of the available scientific literature, analysis of relevant data, and evaluation of public health policy during the pertinent time periods.

19. I have also reviewed the expert report of Dr. Jeffrey Lynch, submitted on behalf of Defendants, and the materials referenced therein.

20. The primary scientific and public health questions I address include:

---

[2] NIH launches Home Test to Treat, a pilot COVID-19 telehealth program. January 5, 2023
https://www.nih.gov/news-events/news-releases/nih-launches-home-test-treat-pilot-covid-19-telehealth-program
[3] Ex A 1

DECLARATION OF MICHAEL MINA, MD PHD - 5

a. Whether COVID-19 vaccines authorized or approved by the U.S. Food and Drug Administration (FDA) meaningfully reduced SARS-CoV-2 transmission by late 2021 and into 2022;

b. Whether a strict COVID-19 vaccine mandate for Redmond firefighters, without allowing reasonable accommodations such as alternative mitigation strategies (e.g., frequent testing and personal protective equipment [PPE]), was scientifically and ethically justified from a public health standpoint; and

c. Whether non-pharmaceutical interventions, including frequent rapid antigen testing and the use of high-quality respiratory protection (e.g., N95 respirators), offered superior or comparable protection to COVID-19 vaccination as the primary mitigation strategy for limiting transmission risk in occupational settings.

21. Based on my review of the relevant scientific literature, public health data, and my professional expertise, I have reached the following conclusions:

a. COVID-19 vaccines, particularly by the time of Delta and Omicron variant predominance, provided little or no meaningful protection against SARS-CoV-2 transmission.

b. Mandating COVID-19 vaccination as a tool primarily intended to prevent transmission—rather than to protect against symptomatic disease—was scientifically unfounded and ethically problematic.

c. Non-pharmaceutical interventions, including daily rapid antigen testing and consistent use of properly fitted N95 respirators, would have offered superior or comparable mitigation of SARS-CoV-2 transmission during the relevant period.

DECLARATION OF MICHAEL MINA, MD PHD - 6

d. The City of Redmond's refusal to offer reasonable accommodations, such as alternative mitigation measures, lacked scientific basis and was inconsistent with established public health practices and evolving scientific evidence.

**Facts and Data Considered**

22. The following were considered in the submission of this Declaration

a. All items listed in my Expert Report submitted herewith as Exhibit A.

b. In forming my opinions, I considered a wide range of scientific literature, government data, public health guidance documents, local policy materials, and information specific to the facts of this case. I also relied on my professional expertise in immunology, virology, infectious disease epidemiology, public health, and diagnostic testing. These materials include the following:

   i. Scientific Literature

   ii. Peer-reviewed studies and meta-analyses evaluating COVID-19 vaccine effectiveness against symptomatic disease, infection, and transmission, with emphasis on the Delta and Omicron variant periods.

   iii. Research on the performance, sensitivity, and clinical relevance of rapid antigen tests for SARS-CoV-2.

   iv. Systematic reviews and observational studies assessing non-pharmaceutical interventions (e.g., properly fitted N95 respirators, serial rapid testing) for mitigating SARS-CoV-2 spread in occupational and community settings.

   v. Investigations into natural immunity following SARS-CoV-2 infection, including durability and comparative effectiveness relative to vaccine-induced immunity.

   vi. Government Publications and Public Health Guidance

DECLARATION OF MICHAEL MINA, MD PHD - 7

vii.   CDC guidance documents and reports, including MMWRs issued during 2021–2024.

viii.   COVID-19 outcome data from King County, Washington.

ix.   Local Data and Policy Documents

x.   Executive orders, policy statements, and public health mandates from the City of Redmond and King County.

xi.   Real-world outbreak reports, including Barnstable County event analyses.

xii.   Case-Specific Materials

xiii.   Documentation provided by or relating to Redmond firefighters, including for example N95 fit-testing records.

xiv.   In addition to the above, I relied upon my extensive professional expertise developed through academic research, clinical practice, government advisory roles, and pandemic response work.

xv.   The Expert Report of Dr. Lynch, Defendant's Expert

**Scientific Background on COVID-19 Vaccines and Transmission**

23. Some vaccines contain weakened or inactive parts of an organism (antigen), others have reconstituted live or deactivated virus/bacteria as a whole, and other vaccines contain a blueprint for producing antigens (i.e. mRNA) that, once produced within the body, stimulate specific immune responses, rather than directly providing the antigen itself. The COVID-19 mRNA vaccines contain the latter.

24. COVID-19 vaccines authorized or approved in the United States—including Pfizer-BioNTech's Comirnaty, Moderna's Spikevax, and Johnson & Johnson's Janssen—were developed and evaluated to prevent symptomatic COVID-19 disease.

25. This focus is explicit in the original FDA authorization documents[4][5], which evaluate efficacy based on reduction in symptomatic COVID-19 disease rather than virus infection or onward transmission. The pivotal clinical trials submitted for FDA authorization and approval measured efficacy solely against symptomatic illness; none included endpoints for prevention of SARS-CoV-2 acquisition or onward transmission.

26. The Proclamation [21-14] by the Governor of the State of Washington, which expressly supported accommodations, correctly stated that COVID-19 vaccines are effective at reducing serious disease.

27. However, COVID-19 vaccines were never developed, authorized, approved nor formally evaluated for the ability to prevent or limit spread of the virus.

28. The COVID-19 vaccines elicit robust systemic immunity through high levels of circulating IgG antibodies secreted through memory plasma cells, and B cells and T-cell responses in the blood, the current mRNA vaccines do not create high levels of mucosal immunity (e.g., mucosal IgA in the upper respiratory tract) needed to block acquisition and transmission of such a respiratory virus as SARS-CoV-2. As such, COVID-19 vaccines do not protect well against initial acquisition, replication and transmission of SARS-CoV-2 through the nasal passages, especially not for viruses that have mutated their spike proteins away from the version of the spike protein encoded by the vaccine (most notably Delta and Omicron).

29. By mid-2021, with Delta variant emergence, real-world data demonstrated a marked decline in vaccine protection against infection and transmission. The Barnstable County, MA

---

[4] Ex A 2
[5] Ex A 3

DECLARATION OF MICHAEL MINA, MD PHD - 9

outbreak (July 2021) occurred almost entirely among vaccinated people (74% of 469 cases), and showed that the amount of virus growing within infected individuals was largely similar between vaccinated and unvaccinated cases, together indicating comparable viral loads and likely infectiousness regardless of vaccination status and indicating the high risk of infection and onward transmission of Delta, regardless of vaccination status. The results were published in the CDC's MMWR in August of 2021[6].

30. In response, CDC Director Walensky, on July 27th 2021 updated its guidance for fully vaccinated individuals stating: "… everyone [including fully vaccinated people] should wear a mask regardless of vaccination status… Delta infection resulted in similarly high SARS-CoV-2 viral loads in vaccinated and unvaccinated people. High viral loads suggest an increased risk of transmission and raised concern that, unlike with other variants, vaccinated people infected with Delta can transmit the virus."[7]

31. This evidence, early in the Pandemic, demonstrated that breakthrough infections were not only possible but that vaccinated individuals could, did, and do contribute significantly to transmission.

32. By late 2021—during early Omicron circulation—two-dose vaccine effectiveness (VE) against symptomatic Omicron infection had declined to only approximately 30–40 percent within just a few months post-vaccination.[8]

33. A test-negative case–control study published in the New England Journal of Medicine reaffirmed such findings and reported near-zero or even negative (-1.1%) vaccine efficacy

---

[6] Ex A 4
[7] Ex A 5
[8] Ex A 6 p22

DECLARATION OF MICHAEL MINA, MD PHD - 10

against any symptomatic Omicron infection by six months after the second dose of a primary vaccine series (Altarawneh et al., NEJM, 2022).[9]

34. In those studies, despite significant vaccine waning for "any symptomatic disease" (i.e. what they were measured on for their FDA authorization and approval), efficacy did thankfully remain reasonably high when measured for their ability to prevent the most severe infections, critical hospitalizations and death, demonstrating that the vaccines were still among the most important weapons in toolbox for helping with personal protection against the virus.

35. It was clear by late 2021 and early 2022, the vaccine efficacy for what the vaccines were evaluated and authorized for – prevention of any symptomatic disease – was waning significantly for the Delta and, especially the Omicron variants.

36. Symptomatic disease is not the same as acquisition and onward transmission. Biologically it is much more plausible for the mRNA vaccines to prevent symptomatic disease (what they were designed and evaluated to do) than to prevent initial virus acquisition or onward transmission (what they were *not* designed nor formally evaluated to do). Thus, if protection is waning significantly for the ability to prevent symptomatic disease, any protection that might exist for the initial variants to protect against acquisition and onward transmission (which have much higher "immunological obstacles" to get over to enable) would surely be waning as much or more.

**Acquisition and Onward Transmission**

---

[9] Ex A 7 Slide 3

DECLARATION OF MICHAEL MINA, MD PHD - 11

37. By late 2021 and into 2022, COVID-19 vaccines no longer conferred meaningful protection against SARS-CoV-2 acquisition or onward transmission for the Omicron variants (which quickly dominated the entire variant landscape) and minimal benefit for the Delta variant.

38. Because the vaccines were neither designed nor authorized to block transmission—and real-world data showed waning infection protection and equivalent viral loads in breakthrough cases—policies predicated on vaccination alone to halt SARS-CoV-2 spread were not scientifically supported.

39. For virus acquisition, a virus must enter usually during a breath, land on one's respiratory mucosa, and where – absent a very high mucosal IgA antibody response – it can replicate in the upper respiratory tract and cause an infection.[10]

40. For onward virus transmission, the virus, once acquired will – absent a very high mucosal IgA antibody response – replicate to a sufficiently high amount (i.e. virus load) and then transmit through the breath onward to the next individual.

41. Intramuscular administration of the mRNA vaccines induces robust systemic immunity (IgG and T-cell responses) but elicits very limited durable mucosal immunity (secretory mucosal IgA) in the upper respiratory tract, permitting viral replication in nasal passages and onward spread.[11]

42. Transmission prevention typically requires strong mucosal immunity; the observed limitations of intramuscular vaccines in generating strong mucosal IgA helps explain why

_____

[10] See for example New England Journal of Medicine paper showing the importance of mucosal IgA, but not IgG to limit acquisition and viral replication. https://www.nejm.org/doi/full/10.1056/NEJMc2209651
[11] See for instance Journal of Infectious Diseases paper demonstrating minimal mucosal IgA production post-vaccination, but significant mucosal IgA post infection. www.academic.oup.com/jid/article/230/6/1390/7754404

DECLARATION OF MICHAEL MINA, MD PHD - 12

vaccinated individuals remained capable of acquiring and transmitting SARS-CoV-2, and why the NIH and others have set out to develop new vaccine approaches that can drive mucosal IgA in order to limit SARS-CoV-2 transmission.[12]

43. There is strong evidence that by late 2021 and early 2022 the vaccines were not effective at blocking or appreciably slowing transmission of the Omicron variant on performing only slightly better to reduce the onward spread of the Delta variant, which emerged in mid to late 2021.

44. The ability to empirically determine the COVID-19 vaccines onward transmission requires a scientifically rigorous, and difficult to obtain, measure of secondary attack rates (SAR). The SAR is essentially the rate of how much one virus infection spreads (i.e. attacks) onward.

45. One of the most important and scientifically best approaches to evaluate secondary attack rates is through household transmission studies, where when an individual living in a household becomes infected, the number of additional household members to become infected is monitored.

46. Household transmission studies to measure SAR can be used to carefully evaluate the effectiveness of a vaccine to i) prevent initial acquisition of the virus and ii) prevent onward spread of the virus once infected.

47. A large meta-analysis from Professor Natalie E. Dean at Emory University evaluated role of vaccines on viral transmission. The analyses broke down SARS-CoV-2, by variant and

---

[12] See for example NIH press release that states *"While first-generation COVID-19 vaccines continue to be effective at preventing severe illness, hospitalizations, and death, they are less successful at preventing infection and milder forms of disease.... there is a critical need to develop next-generation COVID-19 vaccines, including nasal vaccines, that could reduce SARS-CoV-2 infections and transmission.*
https://www.nih.gov/news-events/news-releases/nih-sponsored-trial-nasal-covid-19-vaccine-opens

DECLARATION OF MICHAEL MINA, MD PHD - 13

vaccination status, of participants across studies. The variants included: Alpha, Delta, and Omicron.

48. Importantly, a meta-analysis is considered a gold-standard approach to evaluate an outcome when data is difficult to ascertain. A well performed meta-analysis reports not on just a single scientific study or evaluation but instead takes a structured approach to evaluate the compendium of scientific knowledge existing on a subject, by taking a structured approach to identify all research studies available on a topic, systematically evaluate their ability to contribute to a finding and evaluate their biases and credibility and then systematically evaluate the studies that make it through a rigorous process to ensure they are of good quality to be evaluated.

49. The meta-analysis by professor Dean incorporated data from a massive 135 separate published studies that looked at household secondary attack rates, including over 1.3 million contacts from over 36 countries.

50. The meta-analysis found that vaccination was substantially protective in limiting transmission during the Alpha variant, but was markedly diminished in its protection to limit transmission on Omicron and Delta transmission.

51. The benefit of vaccination status of the index case to stop onward transmission was largely lost with the emergence of Delta and erased with the Omicron variant.

52. The Dean meta-analysis found that, during Omicron predominance, unvaccinated infected index cases had a SAR of 51.2% compared with 50.8% for fully vaccinated – demonstrating

DECLARATION OF MICHAEL MINA, MD PHD - 14

essentially identical rates of onward spread and thus essentially no benefit of vaccination to limit onward spread of Omicron once infected.[13]

53. For Delta, unvaccinated index cases had a SAR of 28.3 vs 24.8, with entirely overlapping confidence intervals – demonstrating essentially no benefit of vaccination on onward spread.[14]

54. The imperative question this study asked was: "If I am infected, does my vaccination status, as the already infected person, impact the likelihood that I will transmit the virus to others?"

55. The answer to this question, in late 2021 and beyond, was NO, vaccination status of the infected individual had no measurable statistical benefit to stop onward transmission of Omicron or Delta.

## PROTECTION FROM ACQUISITION

56. An equally important question is: whether being vaccinated to prevent acquiring SARS-CoV-2 was effective – if you don't acquire the virus in the first place, then you cannot transmit it forward. The answer during Omicron was no.

57. During Omicron the same meta analysis of existing literature found that there was no protective effect of being vaccinated to prevent acquiring the SARS-CoV-2 virus from an infected index case.

58. For Omicron, the household SAR of the contact individual, when unvaccinated was 43.9% and when vaccinated was 51.2%. In other words, the secondary attack rate or the likelihood

---

[13] Ex A 10 Fig 1
[14] Ex A 10 Fig 1

DECLARATION OF MICHAEL MINA, MD PHD - 15

of acquiring the virus, was actually higher when if fully vaccinated (i.e. higher transmission) as compared to being unvaccinated.[15]

59. For Delta, which was quickly becoming absent by spring of 2022, there was minimal protective impact, with a SAR that was 13% lower when fully vaccinated as compared to unvaccinated, indicating some minimal protection from acquisition of the Delta variant.

60. Another, large household transmission SAR study affirmed the above results. In that study, consisting of nearly 5000 individuals, being unvaccinated was associated with an Odds Ratio of 1.04 (confidence interval of 0.87 – 1.24) of acquiring the virus, where 1 reflects no difference and thus no benefit was noted.[16]

**Vaccination and Viral Loads**

61. Virus loads, measuring during infection, can be used as a surrogate for infectiousness.

62. Biological analyses performed across large populations confirmed that, once infected with Omicron, vaccinated and unvaccinated individuals had nearly identical viral kinetics and culturable virus levels, indicating similar infectiousness – similar to that addressed by CDC Director Walensky.[17]

63. One paper by Lyngse et al carefully evaluated the amount of Omicron virus within over 15,000 unvaccinated and vaccinated infected people in Denmark and found identical amounts of virus between the two large groups of infected individuals.[18]

---

[15] Ex A 10 Fig 2
[16] Ex A 11 p10 Table 2
[17] Ex A 5
[18] Ex A 8 p 12 Fig S4 Table S6

DECLARATION OF MICHAEL MINA, MD PHD - 16

64. Another study, Published in the New England Journal of Medicine in December of 2021 measured the amount of virus present among individuals participating in the National Basketball Association "bubble" which was maintained and operational through the pandemic largely through high frequency routine testing. In that study, which monitored individuals over the entire course of their infection, the authors identified identical peak virus loads regardless of vaccination status.[19]

**Summary on vaccines and transmission**

65. Vaccination against SARS CoV-2 prevents severe outcomes as opposed to halting the spread of the virus.

66. By August of 2021 the CDC, per Director Walensky, knew that "vaccines no longer prevented transmission."

67. Taken together, these multiple independent lines of evidence demonstrate that by late 2021 and early 2022, COVID-19 vaccines no longer conferred meaningful reduction in either acquisition of infection or onward transmission for the Delta and Omicron variants

68. Vaccination was not a more effective method of eliminating transmission risk than frequent daily testing and use of PPE.

**COVID-19 Testing and PPE are highly effective mitigation tools**

69. Testing and use of PPE was much more appropriate to prevent unintentional transmission.

_____

[19] Ex. A 9 p13 Fig S2

DECLARATION OF MICHAEL MINA, MD PHD - 17

70. The City's eventual rejections of frequent rapid testing as a cornerstone of transmission control of prevention of onward transmission from fire fighters lacked any scientific justification.

71. Dr. Rea (City of Redmond Medical Director) acknowledged that PPE, social distancing where available, and testing are valuable tools that sufficiently reduced risk of transmission in the absence of vaccination or even with vaccination.

72. The original accommodations provided by the City to the Plaintiffs in this suit represent the **gold standard** of safety to protect against transmission of the virus which the vaccine lacked entirely.

73. Daily Point of care testing would have provided state of the art transmission mitigation – that would have continued working regardless of the variants that were circulating, including Delta and Omicron variants.

74. Rapid antigen tests detect virus when an individual is infectious; therefore, an infectious firefighter may not know or feel symptomatic but their test would reveal the true risk they posed to another individual.[20]

75. Rapid antigen tests have a sensitivity to detect infectious levels of virus that **exceed 90% overall and approach 100% sensitivity** in individuals testing positive when they are most infectious.[21]

---

[20] Ex A 13 Figs 1 and 2
[21] Ex A 13 Figs 3 and 4

DECLARATION OF MICHAEL MINA, MD PHD - 18

76. Numerous studies and media outlets questioned the sensitivity of rapid antigen tests based on their ability to detect *any infection*, as opposed to their ability to detect currently infectious levels of virus, the latter, and not the former, is what is needed for mitigating transmission.

77. These studies compared rapid antigen tests to PCR tests – molecular tests that are extremely sensitive and can detect down to a single RNA molecule from the virus.

78. However, to be considered infectious, an individual usually should have culturable virus which generally only *begins* once the virus RNA load reaches a minimum of ~100,000 RNA molecules detected in a sample, which also represents approximately the amount of virus required for rapid antigen tests to turn positive.

79. When people are most infectious, they may have 100 million or even 100 billion virus RNA copies /ml in a sample, which a rapid antigen test would always turn positive for.

80. In other words, PCR tests are far too powerful to state whether someone is infectious and most often are positive after someone is infectious. This was noted by the CDC when they recognized that people remain positive for SARS-CoV-2 on PCR tests for weeks or even 90 days *after* being infectious.[22]

81. A rapid antigen test is not only very sensitive to detect *infectious* levels of virus, but it is very specific and, unlike PCR, will only turn positive when someone is infectious – making these tools ideal for rapidly identifying infectious individuals and signaling to isolate.

//

//

[22] Ex A 12 p2

DECLARATION OF MICHAEL MINA, MD PHD - 19

**Serial Rapid Antigen Testing to Mitigate Transmission**

82. The FDA and NIH collaborated with researchers on a major study to evaluate the sensitivity of FDA authorized rapid antigen tests, including the Abbott BinaxNOW tests, the tests that the firefighters would have used daily.

83. The FDA/NIH study followed people in time who tested every two days with both a PCR test and a rapid antigen test, in order to quantify the sensitivity to detect infectious individuals.

84. In a real world setting, the study showed that, when testing every other day, the tests identify ~94% of symptomatic and ~80% of Asymptomatic individuals, with the missed cases tending to have low, likely non-infectious amounts of virus.[23]

85. In a real-world setting, the FDA/NIH study showed that the rapid antigen tests detected >90% of infections among asymptomatic and symptomatic individuals alike when they had virus loads that corresponded to potentially infectious levels of virus (i.e. PCR Ct value <30) and had 100% sensitivity, regardless of symptoms for highly infectious levels of virus (PCR Ct value <20).[24]

86. While a test does not prevent someone from getting infected it does provide near instant knowledge of infectivity with a sensitivity of 90% which can from the foundation of a regiment which is ~90% efficacious to prevent spread of the virus.[25] [26]

87. This type of improvement represents a major substantial improvement over the low or negligible measured benefit of vaccines to limit transmission with Omicron. Further, this

---

[23] Ex A 14 p 4 Fig 2
[24] Ex A 14 p 14 Supplemental Table 4
[25] Ex A 15
[26] Ex A 16

DECLARATION OF MICHAEL MINA, MD PHD - 20

level of added protection from onward transmission, mediated through real-time knowledge of being infectious, would be an improvement over a vaccine approach without daily testing even if the vaccines provided substantial benefit to cut transmission by even as much as 70% – which they did not do.

88. Illustrative Example of Transmission Reduction:

    a. Infectiousness of SARS-CoV-2 is concentrated in days ~2–8 of the infectious window post-incubation. Although someone may be mildly infectious on day 1 of first turning positive on a PCR test, they may be substantially more infectious on days 2-5 as an example (fitting with CDC directive to isolate for 5 days), such that 95% of all of the virus someone may exhale may and usually does fall within that narrow time frame.

    b. An antigen test administered just before shift on day 2 of infectiousness would, with ~90% sensitivity identify the individual as infectious and cause the individual to isolate – preventing the individual from transmitting to others from day 2 onward until testing negative again.

    c. By providing near instant feedback, this type of program of daily rapid antigen testing quickly removes >90 percent of the potential for onward transmission from the tested individual.

    d. Thus, in this likely scenario, the effectiveness of the daily testing would have ~90% effectiveness to prevent onward transmission.

89. Mathematically and biologically, it is very clear that a **daily rapid test** used before each shift would be among the most effective methods to prevent any onward transmission from a potentially infected firefighter – regardless of vaccination status.

DECLARATION OF MICHAEL MINA, MD PHD - 21

90. To the question of whether COVID-19 vaccination in the absence of a daily rapid test would provide superior protection to guard against unwitting onward transmission from a firefighter, as opposed to daily rapid testing, regardless of vaccination, the answer is NO.

91. Daily rapid antigen testing, because of its ability to accurately detect SARS-CoV-2 when infectious and can guide isolation, would be significantly more powerful to mitigate onward transmission than vaccination which, while "always working" was already at or near zero effectiveness to limit transmission of COVID-19.

92. Redmond firefighters had access to FDA-authorized rapid antigen tests (e.g., BinaxNOW) and were fit-tested for N955.[27] A regimen of daily antigen testing plus consistent N95 use would have had the potential to cumulatively prevented over 95 percent of potential exposures that could originate from the Firefighters.

93. It is my expert opinion that this combined high-frequency testing and respiratory protection strategy constituted the superior standard of workplace infection control in late 2021 and early 2022.

**King County Dashboard Data, Testing Mandates, and Biases**

94. During 2021 and early 2022, Public Health–Seattle & King County maintained a publicly accessible COVID-19 outcomes dashboard that stratified cases, hospitalizations, and deaths by vaccination status (King County COVID-19 Dashboard).[28]

95. Defendants' expert, Dr. Jeffrey Lynch, cited these dashboard data as evidence that unvaccinated individuals faced a substantially higher risk of SARS-CoV-2 infection

---

[27] See for example Ex 17 Fit testing results for one of the firefighters
[28] Ex A 18 – See this exhibit for an example of the COVID-19 dashboard.

DECLARATION OF MICHAEL MINA, MD PHD - 22

compared to vaccinated individuals – when measured as the total number of cases per 100,000 residents without vaccination compared to the total number of cases per 100,000 residents with vaccinations.

96. However, data such as these, cited throughout Dr. Lynch's report are tightly linked to testing protocols and driven by significant ascertainment biases.

97. From late 2021 through February 28, 2022, King County's public health order required unvaccinated persons to undergo frequent SARS-CoV-2 testing to access indoor public venues, workplaces, and events, while fully vaccinated persons were exempt.[29]

98. This policy generated ascertainment bias: mandatory testing of unvaccinated individuals increased detection of asymptomatic and mild cases, artificially inflating reported incidence rates relative to the vaccinated cohort. Thus the increased risk of infection among unvaccinated –reported on the dashboard used as evidence for unvaccinated as significant risk to others, by Dr. Lynch, is most likely to be driven in large part by ascertainment bias due to divergent testing requirements, rather than benefit to stop transmission.

99. Policy Change and Dashboard Shifts:

   a. On February 16, 2022, King County Executive Dow Constantine announced that the vaccine verification requirement would end effective March 1, 2022[30]

   b. Pre-March 1, 2022: Dashboard data showed unvaccinated persons had approximately 3.2-fold higher diagnosed case rates than vaccinated persons.

---

[29] Ex 19 News article discussing the decision to stop the COVID-19 vaccine mandate and the frequent testing required among unvaccinated by March 1 2022.
[30] Ex A 19

DECLARATION OF MICHAEL MINA, MD PHD - 23

    c.   By May 2022: After lifting the mandate, the ratio narrowed to about 1.1-fold when comparing unvaccinated persons to vaccinated + boosted persons.

    d.   The shift in case-rate ratios—occurring immediately after removing differential testing requirements—indicates the earlier risk was likely driven by bias rather than true risk differences.

100.    In sum, King County's dashboard data—absent adjustment for differential testing—cannot reliably demonstrate that vaccination materially reduced SARS-CoV-2 transmission during the relevant period because of significant biases driven by varied testing behaviors.

**The City's Inconsistent COVID-19 Policies Undermined Its Public Health Justifications**

101.    While Redmond firefighters faced termination for declining COVID-19 vaccination, the City applied less stringent requirements to other public-facing employees, including police officers, janitorial staff, and administrative personnel, despite comparable occupational exposure risks.

102.    On March 1, 2022, King County lifted its vaccine verification requirement for entry into public venues, including restaurants, gyms, and event spaces (King County Press Release, Feb. 16 2022), reflecting a regional shift away from transmission-based vaccine mandates.

103.    Meanwhile, by December 2021, the City of Redmond had achieved nearly a 98% vaccination rate – dramatically lowering the risk of serious outcomes per infection compared to early 2021. As community risk declined owing to gaining immunity, public health authorities begain relaxing stringent measures: King County lifted its vaccine verification

DECLARATION OF MICHAEL MINA, MD PHD - 24

requirement for public venues by spring 2022 and broader reopening followed.[31] Under these

circumstances – high vaccine coverage with consequent low severe disease risk, and low or

even negligible transmission benefit of vaccination – maintaining an uncompromising

vaccination-only mandate without reasonable accommodations was not scientifically rooted.

104.    The City of Redmond did not extend this policy change to its firefighter mandate, nor

did it reinstitute reasonable accommodations (e.g., testing and PPE) that it had previously,

albeit briefly offered, despite identical underlying public health evidence.

105.    This selective enforcement—targeting firefighters while exempting other city employees

and the general public undermines the credibility of vaccination as the sole means of

transmission control.

### Natural Immunity Provided Similar or Superior Protection

106.    By early 2022, robust evidence demonstrated that prior SARS-CoV-2 infection (natural

immunity) conferred protection against reinfection, severe disease, and onward transmission

that was at least comparable—and in many settings superior—to vaccine-induced immunity.

107.    A longitudinal cohort study in Qatar found that individuals with prior infection

maintained approximately 50–55 percent effectiveness against symptomatic Omicron BA.1

and BA.2 infection up to 300 days post-infection, whereas two-dose vaccine effectiveness

against symptomatic Omicron had waned to near zero within six months of vaccination

(Altarawneh et al., NEJM, 2022).[32]

---

[31] https://kingcounty.gov/en/dept/executive/governance-leadership/king-county-executive/news/archive/2022/february/16-vaccine-verification
[32] Ex A 7 p5

DECLARATION OF MICHAEL MINA, MD PHD - 25

108.    A systematic review by the COVID-19 Forecasting Team, published in The Lancet, reported that natural immunity provided 78.6 percent protection against reinfection at 40 weeks and 55.5 percent protection at 80 weeks after primary infection, compared to rapidly waning vaccine protection over the same timeframes (COVID-19 Forecasting Team, Lancet, 2023).[33]

109.    In the context of Redmond firefighters – at least one of whom recovered from SARS-CoV-2 infection in early 2022 – likely possessed immunity equivalent to or most likely exceeding that of fully vaccinated individuals, especially those vaccinated in the middle of 2021, rendering a strict vaccination mandate without accommodation and without consideration of past infection history – especially if documented – scientifically unjustified.

110.    While I advocate forcefully for vaccination as a primary means to develop initial immunity in order to limit the personal consequences of an infection, it is my expert opinion that recognition of natural immunity as an alternative form of protection (once acquired) was scientifically supported by the data and should be taken into consideration when contemplating vaccine mandates.

### Is Requiring Vaccination for an Off-Label Indication Scientifically and Ethically Justifiable?

111.    By March 2022, the COVID-19 vaccines mandated for Redmond County firefighters had transitioned from Emergency Use Authorization (EUA) to full FDA approval.

   a.    Pfizer-BioNTech's mRNA vaccine (Comirnaty) received full approval on August 23, 2021, for individuals 16 years and older (FDA Approval Letter, Comirnaty).[34]

---

[33] Ex A 20 p840 Fig 4
[34] https://www.fda.gov/media/151710/download

DECLARATION OF MICHAEL MINA, MD PHD - 26

b. Moderna's mRNA vaccine (Spikevax) received full approval on January 31, 2022, for adults 18 years and older (FDA Approval Letter, Spikevax).[35]

c. Johnson & Johnson's Janssen vaccine remained under EUA at that time.

112. Neither full approval nor prior EUA ever included evaluation or indication for prevention of SARS-CoV-2 acquisition or transmission – yet these were held up as the basis for the mandates to limit spread from firefighters.

113. In addition, early in the pandemic, the Advisory Committee on Immunization Practices (ACIP) set a threshold of ≥50% efficacy against symptomatic disease for EUA consideration—criteria met by these vaccines for disease prevention, not transmission control (ACIP Charter, CDC).[36]

114. Had the vaccines been evaluated for transmission prevention using the same low benchmark, they would likely not have achieved the necessary efficacy, or would have been forced to be reevaluated and likely withdrawn once Omicron demonstrated marked reduction in transmission-blocking performance.

115. Mandating these vaccines for an off-label purpose – transmission prevention – exceeds their intended, tested, and approved scope, undermining both scientific rationale and driving into questionable ethical territory, particularly for a vaccine which, at the time was eliciting important safety concerns, for instance myocarditis among young men similar to the demographics of the Redmond firefighters.[37]

---

[35] https://www.fda.gov/media/151746/download
[36] https://www.cdc.gov/vaccines/acip/index.html
[37] https://jamanetwork.com/journals/jama/fullarticle/2788346

DECLARATION OF MICHAEL MINA, MD PHD - 27

116.    Broad public-policy mandates for off-label use risk eroding trust in regulatory agencies and public health institutions, especially when emerging evidence raised safety questions (e.g., mRNA vaccine–associated myocarditis in young males).

**Individual Risk Considerations and Vaccine Safety Concerns**

117.    By late 2021 and early 2022, safety surveillance data, peer-reviewed studies, and FDA/CDC monitoring identified myocarditis cases—particularly in males under age 30—occurring most often within days of the second mRNA vaccine dose.[38]

118.    Although myocarditis remained rare, its emergence underscored incomplete understanding of long-term safety profiles at the time mandates were enforced.

**119.**    Public health policy must balance population-level benefits with individual medical risk. Given that vaccine mandates were justified on transmission prevention—a purpose for which the vaccines were neither authorized nor effective—individuals with plausible medical concerns (e.g., young men at higher risk of myocarditis) were entitled to reasonable accommodation.

**Summary and Expert Opinion**

**120.**    Based on my review of the scientific literature, real-world epidemiological data, public health best practices and deep expertise and experience in this discipline, it is my opinion that the City of Redmond's COVID-19 vaccine mandate for firefighters in late 2021 and early 2022 lacked a sound scientific basis, particularly when enforced without accommodations for

---

[38] https://jamanetwork.com/journals/jama/fullarticle/2788346

DECLARATION OF MICHAEL MINA, MD PHD - 28

alternative mitigation measures – many of which such as daily rapid testing would have been superior.

121.    COVID-19 vaccines were developed, authorized, and approved specifically to prevent symptomatic disease, hospitalization, and death—not to prevent SARS-CoV-2 acquisition or transmission.

122.    Mandating receipt of a medical biological product specifically for an off-label use such as transmission mitigation for which the vaccine was not developed, authorized nor approved, and for which the most up to date data demonstrated a lack of utility towards, is scientifically unjustified.

123.    By late 2021 and early 2022, evidence clearly demonstrated that vaccine effectiveness against acquisition and onward transmission had waned substantially for Delta and Omicron variants both due to immune waning months post-vaccination and because of the remarkable number of mutations particularly within Omicron that drove remarkable immune evasiveness against immunity derived through vaccinations available in 2021 and early 2022, thus vaccinated individuals were exhibiting similar viral loads and household transmission rates as unvaccinated individuals.

124.    Non-pharmaceutical interventions – including high-frequency daily rapid antigen testing before shifts, plus properly fitted N95 respirators especially when in close proximity to others – would have provided far superior protection against workplace transmission than the largely vaccine-only and no-serial-testing approach taken, with daily testing alone capable of preventing over 90% of onward transmission and combined strategies of daily testing plus N95 capable of preventing over 95 percent of potential onward transmissions in high-risk

DECLARATION OF MICHAEL MINA, MD PHD - 29

settings – much higher than even the most optimistic estimates of vaccine-mediated reductions in transmission for Omicron and Delta.

125.    Natural immunity following SARS-CoV-2 infection conferred durable systemic and mucosal protection comparable to or exceeding that of vaccination alone, particularly as it related to transmission, further undermining the rationale for an uncompromising vaccine-only mandate, especially for those with recorded infection histories.

126.    King County's case-rate data, cited by Defendants, were subject to multiple biases, including ascertainment bias due to differential testing requirements; after removal of these requirements, observed infection rates between unvaccinated and vaccinated individuals converged to near parity (i.e. ~1.1x or no real increased risk of infection among unvaccinated), demonstrating a lack of supporting data even on the county's own dashboard.

127.    The City's inconsistent application of COVID-19 policies—targeting firefighters while exempting other public-facing employees and failing to adapt to regional policy changes—reflects administrative arbitrariness rather than scientifically grounded decision-making.

128.    Terminating firefighters for declining vaccination, despite their willingness to participate in highly effective alternative measures, was neither scientifically justified nor ethically defensible under accepted public health standards.

**Declaration**

129.    I affirm under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct to the best of my knowledge, information, and belief.

DECLARATION OF MICHAEL MINA, MD PHD - 30

**130.** I reserve the right to supplement or amend this Declaration should additional information become available or should I be asked to review further materials, including any additional expert reports or testimony submitted in this matter.

**131.** I am being compensated for my time spent reviewing materials, forming opinions, preparing this Declaration, and providing testimony at my standard hourly consulting rate. My compensation is not contingent on the outcome of this matter.

**132.** I am prepared to testify to the matters set forth herein at trial if called upon to do so.

Dated this 28th day of April, 2025.

Michael J. Mina, MD, PHD