# Exhibit O

## Examination Report

MD-206R(3/1999)

**Run Date:** 03-17-2025 06:51 AM                                Page **35** of **111**

**IDENTIFICATION**
**Name:** PASTRANA, OBRIAN                                                           **Title:** FF
**Asg.Unit:** ENG067      **Wkloc:** DIVA07        **Age:** N/A              **LAST4SSN:** ******
**BP:** 130/90            **Weight:** 245 lbs.    **Height:** 173 Inches

**M.D.'s Report:**
Woke up with an Allergic reaction 11/15- swelling lips  He saw his PMD early AM  and given rx for prednisone and blood work for allergy test Reported to work that morning. After dinner (about 3 hrs after shift began) allergic reaction got more severe lips swelling hives taken to ER given Benadryl and prescription for oral steroid and epi-pen.  Mild swelling lips.  No SOB wheezing. Hives resolved.   He does not appear to be in any acute discomfort now.  Counseled to contact pmd/pharmacy regarding the oral steroid and f/u allergy test.

**M.O.'s Order:**
Expect that by duty assignment date, member's status will be acceptable. If member feels that he/she is unable to safely perform duty,  return to BHS call 718 9991919 as instructed.

**Duty Determination:**

| | | |
|---|---|---|
| Previous Duty Status: | [√]FD  [ ]ML  [ ]LD | |
| Current Duty Status: | [ ]FD  [√]ML  [ ]LD | 11/15/2021 Effective Date |
| Duty Status After Examination: | [√]FD  [ ]ML  [ ]LD  [ ]CML  [ ]CLD | 11/22/2021 Effective Date   Return Date |
| Limited Duty Restriction Code: | | |
| Estimated Return to FD: | [√]1Week  [ ]2-3Weeks  [ ]1-2Months  [ ]3-12Months  [ ]Rec.LSS | |

**CODE:**
DEM2                    RASH

**Diagnosis:** [√]SC  [ ]NSC  [ ]UND

**BOX#:**

| Body Part | Sp Body Part | Category | Diagnosis | Cause Diag | Duty Status | Findings | Start Dt | EndDt |
|---|---|---|---|---|---|---|---|---|
| SYSTEMIC | SYSTEMIC | DERMATOLOGY | RASH | NSC | FD | Primary | 11/16/2021 | 11/22/2021 |
| SYSTEMIC | SYSTEMIC | DERMATOLOGY | ALLERGY, ATOPIC | NSC | FD | Addressed | 11/16/2021 | 11/22/2021 |
| HEAD | HEAD TOP | STRESS | SITUATIONAL PERSONAL STRESS | NSC | ML | Primary | 2/3/2021 | |

**Doctor/Nurse:** CHANDSWANG N.                        **Date this Exam:** 11/16/2021

DEFS000465