# Exhibit P



# Examination Report

MD-206R(3/1999)

**Run Date:** 03-16-2023 01:01 PM          Page **28** of **107**

## IDENTIFICATION

**Name:** PASTRANA, OBRIAN                                    **Title:** FF

**Asg.Unit:** ENG067    **Wkloc:** DIVA07    **Age:** 36.59    **LAST4SSN:** *****▮

**BP:** 130/80          **Weight:** 240 lbs.  **Height:** 173 Inches

**M.D.'s Report:**
1st allergist stated FF not eligible for skin testing
completed prednisone 2 weeks ago on zyzla since last week
seen by second allergist yesterday / recommended continue zyzal because controling hives / if he can taper off then he cn had skin testing
will place LD until more clear direction from allergist and see if FF can wean off meds without breaking out in allergic reaction again

**M.O.'s Order:**
As Directed

**Duty Determination:**

| | | |
|---|---|---|
| Previous Duty Status: | [√]FD [ ]ML [ ]LD | |
| Current Duty Status: | [ ]FD [√]ML [ ]LD | 11/29/2021 Effective Date |
| Duty Status After Examination: | [ ]FD [ ]ML [√]LD [ ]CML [ ]CLD | 12/15/2021 Effective Date   Return Date |
| Limited Duty Restriction Code: | No Restriction | |
| Estimated Return to FD: | [√]1Week [ ]2-3Weeks [ ]1-2Months [ ]3-12Months [ ]Rec.LSS | |

**CODE:**
954.1      EVALUATION PENDING
954.1      EVALUATION PENDING

**Diagnosis:** [√]SC  [ ]NSC  [ ]UND

**BOX#:**

| Body Part | Sp Body Part | Category | Diagnosis | Cause Diag | Duty Status | Findings | Start Dt | EndDt |
|---|---|---|---|---|---|---|---|---|
| HEAD | HEAD TOP | STRESS | SITUATIONAL PERSONAL STRESS | NSC | ML | Primary | 2/3/2021 | |
| SYSTEMIC | SYSTEMIC | DERMATOLOGY | RASH | SC | CLD | Addressed | 12/2/2021 | |

Doctor/Nurse: OLENDER, KATTIA                    Date this Exam: 12/10/2021

DEFS000575