# Exhibit Q



# Examination Report

MD-206R(3/1999)

**Run Date:** 03-16-2023 01:01 PM           Page **30** of **107**

## IDENTIFICATION

**Name:** PASTRANA, OBRIAN                                                   **Title:** FF

**Asg.Unit:** ENG067    **Wkloc:** DIVA07    **Age:** 36.59    **LAST4SSN:** ******

**BP:** 130/88    **Weight:** 240 lbs.    **Height:** 68 Inches

**M.D.'s Report:**
FF f/u allergic reaction, ( covid vaccine #1 on 10/29/21) on 11/15/21 had lip swelling hives, went to ED given benadryl and prednisone, pepcid, had f/u w pcp who sent labs off and told to f/u w allergist. bloodwork from pcp revealed allergy to shrimp and crabmeat. on 11/21 went bck to ER after second reaction hives, swelling, shortness of breath and throat swelling. had not eaten seafood or nuts either time. in er given po prednisone, benadryl and advised f/u w allergist. saw allergist 11/22/21, had repeat labs, started on claritin x 2 qam, allegra x 2 q pm, famotidine increased to 40 bid, given prednisone taper. hives persisted, but improved. Tuesday 11/23 was given 2nd covid vaccine (was ok'd by allergist as told was not on high dose prednisone) next day had side effects from vaccine including body aches, fatigue, sorenss, no fever. bloodwork still pending ,a dvised f/u w allergist once off steroids
denies new meds, has been on metformin for pre-dm , no cahnge, no other meds.
on exam no lip or OP swelling, cont ml until completed steroids, rtfd 11/29, allergy f/u, carry epipen at all times, er if recurrent episode

**M.O.'s Order:**
As Directed

**Duty Determination:**

Previous Duty Status:           [√]FD  [ ]ML  [ ]LD

Current Duty Status:            [ ]FD  [√]ML  [ ]LD   11/24/2021
                                                       Effective Date

Duty Status After Examination:  [√]FD  [ ]ML  [ ]LD  [ ]CML  [ ]CLD   11/29/2021
                                                                      Effective Date   Return Date

Limited Duty Restriction Code:

Estimated Return to FD:         [√]1Week  [ ]2-3Weeks  [ ]1-2Months  [ ]3-12Months  [ ]Rec.LSS

**CODE:**
954.1           EVALUATION PENDING

Diagnosis: [√]SC  [ ]NSC  [ ]UND

**BOX#:**

| Body Part | Sp Body Part | Category | Diagnosis | Cause Diag | Duty Status | Findings | Start Dt | EndDt |
|---|---|---|---|---|---|---|---|---|
| SYSTEMIC | SYSTEMIC | DERMATOLOGY | RASH | NSC | FD | Primary | 11/26/2021 | 11/29/2021 |
| HEAD | HEAD TOP | STRESS | SITUATIONAL PERSONAL STRESS | NSC | ML | Primary | 2/3/2021 | |

**Doctor/Nurse:** KAKOULAS, CHRISTINE           **Date this Exam:** 11/26/2021

DEFS000577