# Exhibit S



**NEW YORK CITY FIRE PENSION FUND**
ONE BATTERY PARK PLAZA, 9TH FLOOR
NEW YORK, NY 10004
(929) 436-0099

SUBCHAPTER II MEDICAL BOARD AND THE BOARD OF TRUSTEES

**Patrick M. Dunn**
Executive Director

**CONFIDENTIAL**

**SUBCHAPTER 2 MEDICAL BOARD(S)' RECOMMENDATION(S)**

**DATE:** May 2, 2023
**SUBJECT:** FF Obrian Pastrana of ENG 067
**RECOMMENDATION(S):** Fire Commissioner's Application:                Ordinary Disability

On 5/2/2023, the Subchapter 2 Medical Board considered the case of FF Obrian Pastrana. We note there is a Fire Commissioner's application, dated 3/10/2023, for COVID vaccine, myocarditis, COVID disease.

The following is a list of documents the Subchapter 2 Medical Board reviewed.

1. Fire Commissioner's Application of 3/10/23, which found the member unfit for fire duty with a diagnosis of Allergic Reaction to Covid Vaccine, Myocarditis, Covid Disease
2. MRI Cardiac with and without contrast dated 5/24/22, 2/22/22
3. Aeroallergen Skin Test Results dated 5/19/22
4. EKG results dated 5/12/22, 2/9/22, 8/9/21, 11/8/19, 8/21/18,
5. Holter report dated 5/11/22
6. Echocardiogram Transthoracic report dated 4/22/22, 2/22/22
7. CT scan of chest dated 4/22/22
8. Spirometries dated 4/22/22
9. Crystal Run Healthcare report dated 11/30/21
10. Montefiore reports dated 11/30/21
11. Dr. Rebecca Lowy's report dated 11/30/21
12. Garnet Health Medical Center reports dated 11/21/21
13. NY Presbyterian report dated 11/15/21
14. Dutchess Medical Associate, PC report dated 1/24/22, 1/19/22, 1/6/22,
15. Dr. Philip R. Totonelly's letter dated 1/24/22, 1/7/22
16. MD-206 reports dated 3/10/23, 2/28/23, 12/21/22, 10/4/22, 9/21/22, 7/22/22, 6/3/22, 4/29/22, 4/8/22, 3/28/22, 3/23/22, 3/16/22, 2/14/22, 2/9/22, 1/25/22, 1/9/22, 12/24/21, 12/10/21, 12/2/21, 11/26/21, 11/16/21, 11/1/21
17. MD-9 Summary report generated on 3/16/23

A note from Saint Lukes Cornwall Hospital emergency room, dated 11/30/2021, noted the member had acute urticaria post COVID vaccine injection. The ESR was 22. The member was treated with IV methylprednisolone and IV famotidine as well Benadryl. As of a follow-up on 11/30/2021, the member was on cyclobenzaprine, 10 mg, 3 times daily, famotidine, 40 mg, twice daily, ibuprofen, 600 mg, 3 times

DEFS000469



**NEW YORK CITY FIRE PENSION FUND**
ONE BATTERY PARK PLAZA, 9TH FLOOR
NEW YORK, NY 10004
(929) 436-0099

SUBCHAPTER II MEDICAL BOARD AND THE BOARD OF TRUSTEES

**Patrick M. Dunn**
Executive Director

FF Obrian Pastrana
May 2, 2023

Page 2 of 4

daily, as needed, Xyzal, 5 mg, 3 times daily, and metformin, 500 mg daily. These medicines were, in part, instituted for swollen lips and hives.

A note from Dutchess Medical Associates, written 1/6/2022, indicated the member had an allergic reaction to COVID injections on 10/29/2021 and 11/22/2021. It reported that he experienced mouth sores, achy joints, and an itchy rash, which required use of steroids. Another note from Dutchess Medical Associates, dated 1/19/2022, stated that the member was complaining of intermittent chest discomfort, shortness of breath, and fatigue. He was noted to have active myocardial inflammatory markers and an increased CRP. On exam that day he was hypertensive. It noted that the member had an episode of angioedema and required EpiPen usage. It noted him to have an increased HgbA1c (5.9); medications including metformin, Norvasc, and valsartan/HCTZ. As of that visit, CK and CK-MB were normal. CRP was elevated at 3.93 (normal equals 0-3.00) and ESR was 20 (normal equals 0-15).

A Cardiovascular and Medical Associates of the Hudson Valley note, written 1/24/2022, by Dr. Philip Totonelly, indicated that the member's most likely diagnosis was active subacute myocarditis due to a COVID vaccination.

A transthoracic echocardiogram, performed 2/22/2022, noted no left atrial enlargement and no left ventricular hypertrophy. Normal LV function was seen (EF = 0.60). The study was deemed to be technically difficult due to body habitus.

A cardiac MRI, also performed on 2/22/2022, noted a left ventricular ejection fraction depressed at 0.40 and an RVEF of 0.45. There was patchy late gadolinium enhancement (LGE) in the basal and mid septal region. Relative hypokinesis was seen in the mid LV septum with some dyskinesis in the distal mid and apical LV walls. However, no definitive areas of edema or inflammation were reported.

An examination report, written 3/28/2022, stated the member was still fatigued with one flight of stairs dyspnea on exertion. The working diagnosis was myocarditis.

A transthoracic echo, performed 4/22/2022, reported a left ventricular ejection fraction of 0.60 with normal LV size and function. No diastolic dysfunction was seen. A CT of the chest on the same date indicated no pneumonia, pneumonitis, or postinfectious fibrosis.

PFTs on 4/20/2022 were normal. Of note, the member's BMI on that date was 39.

A Holter monitor, performed for 23 hours and 34 minutes starting 5/11/2022, noted that there was a tachycardic heart rate less than 1% of the time with no evidence of PVCs, APCs, or atrial fibrillation.

DEFS000470



# NEW YORK CITY FIRE PENSION FUND

ONE BATTERY PARK PLAZA, 9TH FLOOR
NEW YORK, NY 10004
(929) 436-0099

SUBCHAPTER II MEDICAL BOARD AND THE BOARD OF TRUSTEES

**Patrick M. Dunn**
Executive Director

FF Obrian Pastrana
May 2, 2023

Page 3 of 4

A stress test, performed on 5/12/2022, indicated a hypertensive response with exercise with associated dyspnea and fatigue but no chest pain. No ST segment changes were seen at greater than 85% of predicted maximal heart rate.

An aeroallergen skin test, dated 5/19/2022, was positive for ragweed, but a cutaneous food allergen skin test was negative. A cardiac MRI, completed 5/24/2022, noted improvement in the left ventricular ejection fraction to 0.53 as well as right ventricular ejection fraction to 0.55. However, there was persistent, mild, linear mid LGE in the basal and anterior septum. This test was compared to the MRI noted above, dated 2/22/2022.

As of a follow-up examination report, dated 7/22/2022, the member was on Entresto but not valsartan. An extensive examination report, dated 2/28/2023, summarized the member's clinical course. It noted that the member received the first COVID vaccine on 10/29/2021 with subsequent swollen lips, sweats, chills, and body aches, at which time he went to his local emergency room. On 4/15/2021 he again had repeat hives and swollen lips after second injection at which time he received an epi injection as well as prednisone. The plan was for the member to return to full fire department duties on 11/22/2021 but on 11/21/2021 he was again short of breath with hives requiring another round of prednisone. After his second vaccine injection he reported fatigue and achiness. Again, there was a plan for return to full diet department duties on 11/29/2021, but on that date he had increased symptoms requiring intravenous steroids as well as antihistamines. Cardiac testing demonstrated a borderline LVEF and the member complained of on and off chest pain and dyspnea on exertion. In March of 2022, the member was diagnosed with COVID. As noted, an MRI demonstrated decreased LVEF and RVEF in February 2022. As of a follow-up in June 2022 there were still areas of fibrosis, but improved LVEF overall. However, the member was still complaining of dyspnea on exertion and intermittent chest pain.

Today, FF Obrian Pastrana was interviewed via Zoom. He stated that before he received his COVID vaccines, he was "perfectly fine" medically. He, however, acknowledged having prediabetes, but never used diabetic medications. He also would intermittently have episodes of high blood pressure when seen medically and, again, was taking no medication. Since his COVID vaccines, he has continued to have ongoing symptoms including intermittent sharp or pressure-like upper left chest discomfort, which he commented is "unprovoked." This can occur 4-5 times per week, anytime of the day or night, and tends to last a few minutes, maximally. He stated he tried ibuprofen, 600 mg, as needed, but this gave no relief. He also noted shortness of breath with any mild activity. If he tries to walk a mild incline, he immediately becomes short winded. Lifting or carrying will also precipitate this. After onset of shortness of breath, he becomes significantly fatigued, which could last for a significant period of time. He stated that he sees his cardiologist every 6 months. Current medications include Entresto, 49/51, twice daily, metformin, 500

DEFS000471



**NEW YORK CITY FIRE PENSION FUND**

ONE BATTERY PARK PLAZA, 9TH FLOOR
NEW YORK, NY 10004
(929) 436-0099

SUBCHAPTER II MEDICAL BOARD AND THE BOARD OF TRUSTEES

Patrick M. Dunn
Executive Director

FF Obrian Pastrana
May 2, 2023

Page 4 of 4

mg, daily, famotidine, 20 mg, as needed, HCTZ, 12.5 mg, daily, ASA, 81 mg, daily, metoprolol, 25 mg, daily, Xyzal, 5 mg, daily, as well as albuterol inhaler, which she stated does not help short windedness. He does carry an EpiPen but has never used this.

    Based upon our review of all medical records and interview with the member, it is the unanimous opinion of the Subchapter 2 Medical Board that FF Obrian Pastrana is permanently disabled as a consequence of myocarditis with ongoing symptoms, status post COVID vaccinations which precludes him from full firefighting duties. Therefore, we recommend that he be granted an Ordinary Disability retirement for his Fire Commissioner's application for myocarditis with ongoing symptoms. He may engage in gainful and suitable occupation.

_____
Robert Braff, M.D.
Chair

_____
Carl Guillaume, M.D.

_____
Frederick Rapoport, M.D.

DEFS000472