**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| OBRIAN PASTRANA<br><br>*Plaintiff,*<br><br>v.<br><br>NEW YORK CITY FIRE DEPARTMENT,<br>NEW YORK CITY DEPARTMENT OF<br>HEALTH AND MENTAL HYGIENE, and<br>CITY OF NEW YORK,<br><br>*Defendants.* | Case No. 1:24-cv-07348<br><br><br>Oral Argument Requested |

**PLAINTIFF'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
**UNDER FEDERAL RULE OF CIVIL PROCEDURE 56**

PLEASE TAKE NOTICE that Plaintiff Obrian Pastrana, by his undersigned attorney, hereby moves this Court, before Hon. Brian M. Cogan at the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, pursuant to Federal Rule of Civil Procedure 56, for an Order granting partial summary judgment in favor of Plaintiff and finding Defendant liable with respect to Counts Two (Failure to Accommodate in Violation of New York City Human Rights Law) and Three (Failure to Accommodate in Violation of the New York State Human Rights Law) of the Amended Complaint, and scheduling this case for a trial on Counts One (Violation of the Fourteenth Amendment) and Four (Failure to Engage in a Cooperative Dialogue in Violation of the New York City Human Rights Law), and damages, and for other and further relief as the Court deems just and proper. In support, Plaintiff submits Plaintiff's Memorandum of Law, dated June 2, 2025, which is being filed contemporaneously with this motion, Plaintiff's Statement of Material Facts, the Declaration of Plaintiff Obrian Pastrana, dated May 31, 2025, the Declaration of Robert Banome, dated June 2, 2025, the Declaration of Stephen Fitzgerald, dated June 2, 2025, the Declaration of Christina Martinez,

dated June 3, 2025, with accompanying exhibits. Defendant's opposition papers are due June 16, 2025. Plaintiff's reply papers are due on June 23, 2025.

Dated:  June 2, 2025

      Staten Island, New York

Respectfully submitted,

_____
Christina Martinez, Esq.
Law Offices of Christina Martinez
245 Bricktown Way, Suite J
Staten Island, NY 10309
T: (347) 215-4543
ChristinaMartinezEsq@gmail.com

 /s/_____
Sujata S. Gibson, Esq.
Gibson Law Firm, PLLC
120 E. Buffalo St, Suite 2
Ithaca, New York 14850
T: (607) 327-3284
sujata@gibsonfirm.law

Attorneys for Plaintiff