**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

OBRIAN PASTRANA

*Plaintiff,*

v.

**Case No. 1:24-cv-07348**

NEW YORK CITY FIRE DEPARTMENT,
NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE, and
CITY OF NEW YORK,

*Defendants.*

<u>**PLAINTIFF'S DECLARATION IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**</u>

**OBRIAN PASTRANA** declares that the following is true and correct under penalty of perjury

pursuant to 28 U.S.C. § 1746:

1.      I am the Plaintiff in the above-captioned matter.

2.      I respectfully submit this declaration in support of my Motion for Summary

Judgment and in opposition to Defendant's Motion for Summary Judgment, pursuant to Rule

56 of the Federal Rules of Civil Procedure.

3.      This declaration is based on my personal knowledge.

4.      I have been employed by the New York City Fire Department since 2006 at the

age of twenty-years old. It was my dream to become a FDNY Firefighter and one day a Fire

Marshall. I started as an EMT and was promoted in 2013 to Firefighter.

5.      When the COVID vaccine came out, I knew that the vaccine was not something I

wanted to partake in. I remember talks in the Fire Department saying we couldn't be forced to

do it.

6.    In October 2021, there was officially a Vaccine Mandate for all City Workers, including firefighters. When they came out with a deadline to get the vaccine, I hoped that if I waited until the end, maybe something would come out that it wouldn't need to be done. I remember the day of the deadline, my captain had a long talk with me saying if I didn't take it I was crazy. He warned me that the City could literally take everything I had worked hard for away, including my tier, my pension, and my career! After a long talk with my wife, she told me I had no choice, I was the head of the household and needed to provide.

7.    On October 29, 2021, the last day of the deadline, I received the first dose of the Pfizer COVID-19 vaccination in order to comply with the Vaccine Mandate and continue working as a Firefighter.

8.    Soon thereafter, I developed chills, sweats, body aches, arm soreness, hives, and swelling in my lips.

9.    On October 30, 2021, I called the FDNY Bureau of Health Services ("BHS") sick leave desk and reported that I needed medical leave.

10.    I was put on medical leave by the FDNY from October 30, 2021 to November 2, 2021.

11.    I was required to report to BHS for evaluation on November 1, 2021.

12.    On November 1, 2021, I was evaluated by Dr. Barbara Cheung at BHS.

13.    I told her that I had received the COVID-19 vaccine and I wasn't feeling good. Specifically, I reported to her that the vaccine was causing chills, sweats, body aches, localized pain to the injection site, swelling in my lips, and hives on my head. I told her that I was treating with over-the-counter medication.

14. I was taking Benadryl, Allegra, and Claritin to try to control the swelling and hives.

15. I told Dr. Cheung that I was afraid to get the second dose of COVID-19 vaccine because of my allergic reaction to the first dose.

16. I explicitly told her that I did not want to take the second dose because of what was happening to me.

17. Dr. Cheung told me that I had to get the second dose.

18. She said that if I did not get the second dose, I would lose my job.

19. After that, the hives and swelling were getting worse each day, and the over-the-counter medications were not controlling my symptoms.

20. On November 7, 2021, my symptoms progressed to chest pains and shortness of breath.

21. Between receiving my first and second doses of the COVID-19 vaccine, I experienced severe swelling and hives. On three separate nights during that period, I was abruptly awakened from sleep due to intense facial swelling and hives. The swelling affected my lips, face, and nose and was so severe that I had shortness of breath.

22. On November 15, 2021, on the third such occasion of abruptly waking in the middle of the night due to the swelling and hives, and seeing no relief despite consistently taking Benadryl, Zyrtec, and Claritin, I decided to see my primary care doctor.

23. That morning, on November 15, 2021, I went to see my primary care doctor and reported my symptoms to her. She prescribed prednisone.

24. I went to work later that day. A few hours into my shift, while at the firehouse for duty, my supervisor was looking at me strangely. He said my face was swelling.

3

25. My allergic reaction to the COVID-19 vaccine was worsening. The swelling that had been affecting my face and lips started spreading rapidly down the entire left side of my body—including my torso, leg, and foot.

26. It became so alarming and severe that my supervisor, who witnessed the reaction, called an ambulance.

27. Up to this point, this was one of the scariest moments I have ever experienced. I knew something was seriously wrong and was terrified of what might happen if I received a second dose.

28. The ambulance came and provided emergency treatment through an IV.

29. I was taken by ambulance to the emergency room, where I was told that I was having a severe allergic reaction and I was given epinephrine, a drug commonly used to treat anaphylaxis, along with prednisone.

30. The next day, on November 16, 2021, I reported to FDNY BHS for what is known as a "field visit," meaning it was considered a serious in-the-line-of-duty medical event. Field visits are not scheduled through the usual process—you skip the line and are seen immediately.

31. That day, I was evaluated by Dr. N. Chandswang. During my visit, despite being treated the day before in the hospital, and being on prednisone, my lips were still swollen even as I saw him.

32. I told him, explicitly and in detail, that my symptoms began after receiving the first dose of the COVID-19 vaccine and had become increasingly severe.

33. I explained to him that this was the third time I had been woken up in the middle of the night due to severe swelling in my face, lips, mouth, and nose. My face didn't feel

right—I could feel the swelling while I was asleep and it scared me. I explained that I was particularly frightened because the swelling in my mouth made me worry that I might stop breathing, and that I was experiencing chest pain and shortness of breath.

34. I told him that was why earlier the day before—before my shift on November 15—I had gone to see my primary care doctor. I explained to him what happened later that day, while on duty, how I was rushed to the hospital by ambulance due to the severity of the allergic reaction. And how I was on prednisone.

35. I told Dr. Chandswang all of this, including that I had been trying to manage the symptoms with over-the-counter medications – Benadryl, Claritin, and Zyrtec, but they weren't helping. The reaction was getting worse.

36. I told him plainly: this was a reaction to the vaccine, and I could not get the second dose; I needed a medical exemption.

37. In response, Dr. Chandswang informed me that the only way to qualify for a medical exemption was to undergo an allergy test that confirmed an allergy to the vaccine. He told me that, without that test, I would be required to be fully vaccinated in order to continue working—even though I was still on prednisone and antihistamines for an active allergic reaction.

38. I was terrified. I knew that if I got the second dose, my reaction could become even more dangerous, but I was told I had no choice.

39. I was told by Dr. Chandswang that the FDNY wouldn't be letting anyone off the hook without being fully vaccinated and providing proof of that second dose without that allergy test.

40.     Dr. Chandswang never discussed or mentioned any potential accommodations. Neither did anyone else.

41.     Dr. Chandswang never discussed or mentioned any difficulties or hardship that granting me a medical exemption or accommodation might present for the FDNY. Neither did anyone else.

42.     FDNY placed me on Medical Leave from November 15, 2021 through November 22, 2021.

43.     I never returned to the fire house again after I received the second dose.

44.     I continued taking the prednisone I was prescribed, but my symptoms were not going away. Even on prednisone, I was suffering from severe swelling of the head, face, mouth, nose, lips, as well as hives and shortness of breath.

45.     As soon as I discontinued the prednisone, my symptoms became so severe I was again rushed to the emergency room on November 21, 2021, because of the swelling, hives and shortness of breath. I was diagnosed with anaphylaxis. I was again prescribed prednisone – this time for thirty days.

46.     I knew that I needed to get a medical exemption from the second dose, so the next day, on November 22, 2021, I saw Dr. Jin Lin Du, an allergist at Crystal Run Healthcare and requested an allergy test. He told me that he could not perform an allergy test because I was on prednisone to treat my ongoing allergic reaction.

47.     I was so defeated walking out of that allergist's office. The FDNY had made the allergy test the only path to a medical exemption—but that test was medically impossible for me to undergo because I was still being actively treated for the very reaction that made the vaccine dangerous in the first place.

48.     I was going to be on prednisone and antihistamines for what I knew at that point to be at least the next thirty days, so I knew I would have no way of getting the FDNY any allergy test and I was required to submit proof of the second dose.

49.     I had no choice but to get the second dose. The FDNY had not offered any potential medical exemption or accommodation. I knew what I had to do; My family depended on me.

50.     I remember thinking as I got the second dose on November 23, 2021, that if I died the Fire Department would at least provide for my wife and kids.

51.     But I didn't have the good fortune of dying that day.

52.     Instead, my allergic reaction to the COVID-19 vaccine worsened, and my condition deteriorated further. I developed persistent shortness of breath, chest pain, decreased oxygen levels, and a worsening of the swelling (which was travelling from head and face to my extremities) and hives.

53.     On November 30, 2021, I was again rushed to the Emergency Room with severe facial swelling and hives due to my allergic reaction to the COVID-19 vaccine. I was again diagnosed with an allergic reaction, and given dexamethasone, more prednisone, as well as Famotidine.

54.     I thought I was going to die after I got that second dose. My symptoms included severe chest pain, shortness of breath, and fatigue.

55.     After months of suffering through these severe adverse reactions, I ended up at the cardiologist's office. At this point, I was hopeful. As a firefighter, we are taught to fight through things – pain, suffering, fatigue, sorrow. I had not died, and I had no intentions of letting this take me out of work. I was sure I would be back in no time.

56. When the cardiologist told me it was bad news, that I had myocarditis and I could never be a firefighter again, I was completely blindsided. To say I was devastated would be putting it mildly.

57. I couldn't have imagined not being able to be a firefighter anymore and not finishing my career. All of my dreams for the future were no longer possible.

58. I was afraid, wondering how I was going to support my family.

59. And I was afraid for my health. What would the rest of my life be like?

60. I was sent by the FDNY to see a Fire Department cardiologist and she sent me for an echocardiogram followed by a cardiac MRI. When I looked over those results, I was blown away. I was in heart failure.

61. My cardiologist reviewed the results and confirmed that I would never fight fires again based on the MRI.

62. At this point, I was suffering from severe depression and anxiety. I had so much anger and I felt completely betrayed by the Fire Department.

63. I was suffering so badly mentally, I did not know where to turn to so I tried an AA meeting. I know that sounds completely crazy since I am not an alcoholic but I was so desperate for any type of support and mental health.

64. I began to see a therapist from the Fire Department. She diagnosed me with depression, anxiety, and post traumatic stress disorder as a direct result of being denied a medical exemption and forced to receive a second vaccine dose that I knew could seriously harm me—and ultimately did.

65. On top of that, my physical health was suffering as well. I will never be the same man I was. My heart is weak. My body is weak. I feel like a shell of what I once was.

66. Aside from everything that I was dealing with, my family had been affected so much as well. My relationship with my wife is directly affected. I can no longer help her the way she needs me to around the house or with the kids. And my career was ripped away from me. My manhood is no longer secure. I cannot continue to provide on the level I was before.

67. My relationship with my children has been affected too. I can barely walk without being fatigued, or short of breath. I can't even play catch with my daughter without having to make up an excuse of me needing to sit down and take an inhaler. My daughter would see me and ask if she could help, but me knowing she just wanted to be a kid and have fun was no longer an option which I felt responsible for.

68. I remember always saying I never knew how anyone could find an excuse to take their own life, but now I knew! I felt invisible. The guilt, regret, and sense of loss was overwhelming. I struggled with intrusive thoughts.

69. The FDNY cardiologist recommended me to a heart failure specialist at NYU. I remember going to his office and seeing the sign specifically say "heart failure specialist", I felt renewed dismay and anger. The NYU cardiologist also confirmed with me everything that my doctor had said, I did have myocarditis, it was a result of the vaccine, I did have heart failure, along with scarring of my heart as well, and everything I was going through was in fact real. No this was not a nightmare. This had become my life.

70. I remember in September of 2022, the FDNY cardiologist said to me, "you can never return to the firehouse" and that I would be being retired early as a result. It was official at this point, I was a complete mess, and even though I was told that I would eventually get better, there was no light at the end of the tunnel for me anymore. Everything I

had worked for and hoped for was taken from me and despite my worries and claims not being listened to, I was right all along.

71. The Fire Department found me permanently unfit for duty due to allergic reaction to the COVID-19 vaccine, and in March of 2023, the Fire Commissioner submitted an application requesting disability retirement.

72. The FDNY Medical Board then determined that I was permanently disabled due to myocarditis and ongoing symptoms following the COVID-19 vaccinations, which render me unfit for firefighting duties.

73. On June 28, 2023, the Board of Trustees considered upgrading me from Ordinary Disability Retirement to Accidental Disability Retirement.

74. But the Board members were deadlocked in a split vote, and I was retired with Ordinary Disability Retirement.

75. I was officially retired from the FDNY on June 29th 2023, at only 36 years of age.

76. My life is forever changed. I suffer from permanent cardiovascular disability, chronic fatigue, trouble breathing, chest pain, loss of energy, shortness of breath, and small fiber neuropathy.

77. I still suffer from the same symptoms I had initially started with.

78. I take a bunch of different medications on a daily basis.

79. I can no longer make the money I made when I was a firefighter and on top of that I cannot physically do the work I used to do.

80. I am still on levocetirizine daily. If I stop taking it, hives reappear.

81. I also must take Entresto and HCTZ daily due to the heart failure.

10

82. I also takes Gabapentin daily to help me fall asleep through the pain I am suffering.

83. I must carry around an inhaler (Albuterol) and an EpiPen.

84. I have continued treatment with my therapist from the FDNY, even after my employment with the FDNY ended.

85. I know deep down in my heart, nothing will ever be the way it was, and even though I can try and convince myself that maybe things will get better, I know nothing will change what has happened to me.

86. Being forced to take a vaccine that has permanently disabled me for the Department, I expect to at least be taken care of. Instead, I am left in financial ruin on top of physically and mentally devastated. I can barely keep food on the table. My mortgage is more than I can afford.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    May 31, 2025
          Walden, New York

_____
              OBRIAN PASTRANA