OBRIAN PASTRANA,
     *Plaintiff,*
     v.

NEW YORK CITY FIRE DEPARTMENT, NEW
YORK CITY DEPARTMENT OF HEALTH AND
MENTAL HYGIENE, and the CITY OF NEW YORK,

     *Defendants.*

Case No. **1:24-CV-07348 (BMC)**

**DECLARATION OF ROBERT BANOME
IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Robert Banome, being duly sworn, deposes and says;

1.     I am over 18 years old, of sound mind, and competent to make this Declaration, to present evidence based on my personal knowledge and experience.

2.     I am a New York City Fire Department (FDNY) Firefighter.

3.     I submit this affidavit in support of Plaintiff's Motion for Summary Judgement and in opposition to Defendant's Motion for Summary Judgement.

4.     In early October 2021, I experienced a line of duty injury. I suffered from a broken rib and hematoma. While responding to a call, we reported to a home where the occupants were inside the home, and I had to gain entry by forcing the door open. The Halligan tool that we use to force the door open hit me in the chest, causing my injury. Although this was obviously not a desired outcome, I was proud to risk my body and my life to protect other New Yorkers. As firefighters, we know that we face serious risks on the job. I was placed on medical leave while my injuries healed.

5.     On October 21, 2021, I was recognized and awarded the Patrick J Murphy Award.

1

This award goes to the top firefighter or cop who has done the most for his/her community on and off the clock. I was honored to receive this award and to be chosen among many brave heroes.

6. While I was on medical leave, the City mandated the COVID-19 vaccine for Firefighters and other City Workers. The Vaccine Mandate went into effect on October 29, 2021.

7. On November 5, 2021, I submitted a religious accommodation request to the Vaccine Mandate.

8. On December 13, 2021, I was taken off medical leave and placed on Light Duty status. On Light Duty, I was to work at FDNY headquarters, performing ministerial duties at the office building located at Metrotech in Brooklyn.

9. On February 6, 2022, while reporting for Light Duty at FDNY headquarters, I was told I was on Leave Without Pay because of my unvaccinated status. I spoke with my Captain and then the Chief, who confirmed that I was on Leave Without Pay ("LWOP"), and I had to leave the building immediately.

10. My religious exemption was denied on July 11, 2022, and I received a call from my union delegate saying I was due to be terminated. You do not forget a call like that.

11. My termination was scheduled for July 27, 2022.

12. On July 25, 2022, I submitted documented allergy test results to the FDNY showing that I was allergic to PEG and Polysorbate-80, ingredients in all of the currently available COVID-19 vaccines.

13. My termination was postponed on this basis.

14. On September 3, 2022, the FDNY granted me a medical exemption to the

Vaccine Mandate based on my allergy test results and reinstated me to my full duty status.

15. The FDNY voluntarily paid me backpay from July 25, 2022, the date I submitted my allergy test results.

16. I later brought an Article 78 proceeding in New York State Supreme Court challenging the denial of my religious exemption request. The Court granted my petition, and I was awarded backpay from the period I was put on LWOP up until the time I was given backpay from the FDNY. The FDNY never appealed the decision, and I was paid my backpay.

17. I was also given the time back for pension purposes, so it was as if I had worked those days that I was on LWOP.

18. During the time I worked with a medical exemption, and still to this day, I was and am a Firefighter in Ladder Company 122 in Park Slope, Brooklyn.

19. At that time, while working with a medical exemption, I had to submit weekly PCR test results as my medical accommodation.

20. Otherwise, my duties were the same.

21. I worked 24-hour shifts.

22. As part of my duties, I went on Certified First Responder runs, where we would respond to emergency medical calls.

23. In my role as Certified First Responder, I had extremely close contact with the public.

24. No one cared that I was unvaccinated.

25. My role as a Certified First Responder requires me to assess patients and take appropriate steps to stabilize the patient, including lifesaving actions, before the arrival of

EMS, who would transport them to the hospital.

26. While I worked with a medical exemption, I also performed my firefighting duties.

27. In this role, I also had close contact with the public. I would have to enter homes and businesses.

28. If someone needed to be rescued, I would do so.

29. No one cared that I was unvaccinated, only that I was saving their life.

30. With a medical exemption, I also did normal job functions, including building inspections, respond to water leaks, gas leaks and elevator emergencies in my capacity as a FDNY firefighter.

31. While working with a medical exemption, during my shifts, I slept in the firehouse in a bunkroom with ten other Firefighters like I always did.

32. We have shared living quarters and we ate together.

33. Again, no one cared that I was unvaccinated.

34. Once the Vaccine Mandate was lifted, I no longer had to submit weekly testing and continued working.

35. While working with a medical accommodation, my job duties stayed the same. No one was concerned with my unvaccinated status. I was testing weekly and that was sufficient. I posed no hardship on the FDNY, and I was not a safety risk to anyone.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 1, 2025

     Staten Island, NY

               ROBERT BANOME