IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

OBRIAN PASTRANA,  :
            *Plaintiff,*  :        Case No. **1:24-CV-07348 (BMC)**

    v.  :

  :

NEW YORK CITY FIRE DEPARTMENT, NEW  :
YORK CITY DEPARTMENT OF HEALTH AND  :
MENTAL HYGIENE, and the CITY OF NEW YORK,  :

  :

         *Defendants.*  :

_____  :

**<u>AFFIDAVIT OF KEVIN WHALEN</u>**
**<u>IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**
**<u>AND IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

Kevin Whalen, being duly sworn, deposes and says;

1. I am over 18 years old, of sound mind, and competent to make this affidavit, to present evidence based on my personal knowledge and experience.

2. I am a retired New York City Fire Department (FDNY) Firefighter and I submit this affidavit in support of Plaintiff's Motion for Summary Judgement and in opposition to Defendant's Motion for Summary Judgement.

3. The COVID-19 Vaccine Mandate implemented by the City of New York went into effect on October 29, 2021.

4. I had medical contraindications to receiving the COVID-19 vaccine as communicated to me by my treating physicians.

5. I was in the process of obtaining letters from my different doctors so I could submit a request for a medical accommodation.

6. On November 1, 2021, I was put on Leave Without Pay (LWOP) because I was unvaccinated.

7. On November 3, 2021, I submitted my request for a medical accommodation with a letter from my allergist about documented allergies to the COVID-19 vaccine.

8. Specifically, my doctor, who is an allergist, wrote a letter on my behalf which stated that he had performed an allergy (skin) test to the COVID-19 vaccine and found me to be allergic to a few of the components.

9. I also submitted letters from two other treating physicians stating I was medically exempt from receiving the COVID-19 vaccine.

10. One letter was based on a history of blood clotting, which was also a risk from the vaccine. The letter also indicated that I had history of a deep vein thrombosis which required four surgeries and a hospital admission for 16 days.

11. The other stated that I did not have a spleen and thus my body could not process the vaccine properly and I should not take it.

12. Additionally, I submitted a fourth letter from the New York Firefighters Heart and Lung Institute, where I have been receiving medical care. The letter stated that vaccination could pose serious health risks and complications due to my history of blood clots, absence of a spleen, and documented allergies to the COVID-19 vaccine. This is also the medical facility where my cancer was diagnosed.

13. The Chief Medical Officer of the FDNY Bureau of Health Services, Karen L. Hurwitz, wrote an email to Don Nguyen, the head of the FDNY Equal Employment Opportunity Office, which I seemed to be accidentally copied on.

14. Ignoring my treating doctors' medical advice, Hurwitz wrote to Don that blood clotting and asplenia was not a contraindication to the vaccine.

15. With regard to my allergist's letter, she wrote: "I find it interesting that his

allergist cannot specify what he is allergic to. If he is allergic to a component of the vaccine THEN we would give the exemption."

16. After e-mails back and forth between myself and Nguyen where I explained that I was allergic to the additives in the COVID-19 vaccine, and that the BHS doctor clearly was not familiar with skin testing and standard vaccine component profiles.

17. Eventually, Nguyen relented and on January 26, 2022, my accommodation request was granted by the FDNY.

18. I had been on LWOP for approximately 87 days.

19. The FDNY sent me a letter confirming that my medical accommodation had been granted, and that the accommodation would be to submit weekly testing and provide proof of negative PCR result, as well as wearing a face covering while in a shared indoor workspace, when conducting city business outside, or when interacting with members of the public.

20. The FDNY provided me backpay from November 3, 2021, the date I submitted my request, and reinstated me to my employment.

21. I was also given the time back for pension purposes, so it was as if I worked those days.

22. During that time, I was a Firefighter in Ladder 147 in Flatbush, Brooklyn.

23. I worked 24-hour shifts.

24. As part of my duties, I went on Certified First Responder runs, where we would respond to emergency medical calls.

25. I would have to perform CPR, patient care, etc. I had extremely close contact with the public in this role. No one cared that I was unvaccinated. All they cared about was that I was saving their life.

26. My role as a Certified First Responder is like an EMT but I do not transport patients to the hospital.

27. I assessed my patients, figuring out their condition, and taking appropriate steps to stabilize the patient before the arrival of EMS, who would transport them to the hospital.

28. I also performed my firefighting duties.

29. In this role, I also had close contact with the public. I would have to enter homes, buildings, etc. If someone needed to be rescued, I would do so.

30. Again, no one cared that I was unvaccinated, only that I was saving their life.

31. I also did things like building inspections, respond to water leaks, gas leaks and elevator emergencies in my capacity as a FDNY firefighter.

32. During my shifts, I slept in the firehouse in a bunkroom with eleven other Firefighters and Fire Officers.

33. The firehouse is communal living. We have shared living quarters and we ate together. I often cooked our meals in the firehouse for the guys.

34. Again, no one cared that I was unvaccinated. They only cared that we were watching each other's backs, risking our lives together to fight fires.

35. On February 10, 2023, I received a letter from the FDNY which stated that the Vaccine Mandate ended and that my reasonable accommodation was no longer necessary.

36. It said the vaccination against COVID-19 was now optional and I no longer had to submit to weekly testing or wear a mask.

37. I retired from the FDNY on March 17, 2023.

38. The entire time I worked throughout the vaccine mandate, my job duties stayed the same. No one was concerned with my unvaccinated status. I was testing weekly and that

was sufficient. I posed no hardship on the FDNY, and I was not a safety risk to anyone.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 14 , 2025

Queens , NY

KEVIN WHALEN

Sworn to before me on this 14 day of February, 2025,

NOTARY PUBLIC

KONSTANTINA VLASTARIS
Notary Public, State of New York
No. 01VL6147242
Qualified in Kings County
Commission Expires May 30, 20 26